JUDGE DURKIN

15CR 315

MAGISTRATE JUDGE BROWN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**FELONY**

CAT II

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO**

   1b. Should this indictment or information receive a new case number from the court? **Yes**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **Other Federal Statutes (III)**

10) List the statute of each of the offenses charged in the indictment or information.
    **31 U.S.C. § 5324**
    **18 U.S.C. § 1001**

**FILED**

**MAY 28 2015**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

/s/ *Steven A. Block*
Steven A. Block
Assistant United States Attorney