**RECEIVED**
5/28/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 13 GJ 191 | DATE | 28 MAY 2015 |
| CASE TITLE | U.S. v. JOHN DENNIS HASTERT | | 15CR 315 JUDGE DURKIN |

## DOCKET ENTRY TEXT

**Grand Jury Proceeding** — MAGISTRATE JUDGE BROWN

The Grand Jury for SPECIAL FEBRUARY 2014 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge ____Geraldine Soat Brown____

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**RECEIVED**
MAY 28 2015
THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

SIGNATURE OF JUDGE _____  (ONLY IF FILED
or MAGISTRATE JUDGE                         UNDER SEAL)

| | Courtroom Deputy Initials: | EMT |
|---|---|---|