**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 1:15-cr-00315
United States of America
v.
John Dennis Hastert

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
John Dennis Hastert

| | |
|---|---|
| NAME (Type or print) <br> Thomas C. Green | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas C. Green | |
| FIRM <br> Sidley Austin | |
| STREET ADDRESS <br> 1501 K Street, N.W. | |
| CITY/STATE/ZIP <br> Washington, D.C. 20005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 014498 DC Bar | TELEPHONE NUMBER <br> (202) 736-8069 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ✔   APPOINTED COUNSEL ☐ | |