

6-2-2015
**FILED**
JUN 02 2015

Dear Judge Durkin,    Judge Thomas M. Durkin
United States District Court

   I am writing about the Dennis Hastert case, which I believe is scheduled for an arraignment in your courtroom. I have no connection with the case, personal or otherwise. I am writing only as a citizen who wants some clarity about the law.

   **Exactly what is Mr. Hastert accused of?** If he did commit some past, sexual misconduct with a minor, as alleged, I condemn that. But the current charge apparently has nothing to do with sexual misconduct. From what I read, it has to do with his withdrawal of funds from his own bank. Last time I checked, it was not illegal to withdraw your own money from your own bank. I know withdrawals over $10,000 are reported by the bank to the IRS but it appears that this was done. There does not seem to be any basis for an IRS complaint. No taxes were due on these withdrawals. **Where is the crime?**

   If Mr. Hastert was being blackmailed, isn't that a crime? The alleged victim apparently decided not to file criminal charges but decided to extort money instead. Is this not improper? And wasn't the victim obligated to report the hush money as income on his tax return? Perhaps the victim owes taxes on his ill gotten gain.

   All this is occurring in a case with a political background. I hope you will be able to untangle whether or not there were political forces involved in this case. How did these bank withdrawals become public knowledge and how did criminal charges get filed with such specious evidence? Why is this case all over the media? If this is a political smear campaign, I hope you can get to the bottom of it.

   Thank you for your time reading this.

*Jennifer*
Jennifer Marks

15 CR 315
USA VS. JOHN DENNIS HASTERT
FILED: JUNE 2, 2015
- LETTER

15 JUN -2 PM12:38

mc

Judge Thomas Durkin
U.S. District Court
Northern District of Illinois
219 South Dearborn St.
Chicago, Illinois, 60604

60604180099

SANTA ANA CA 926
30 MAY 2015 PM 3 L

