## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 15 CR 315 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| John Dennis Hastert | ) | |
| | ) | |

## ORDER

(:30)

Initial appearance and arraignment held. Defendant waives formal reading and enters a plea of not guilty to all charges. Bond set at $4,500 unsecured. Defendant signs appearance bond in court and is ordered released. After arraignment, the Court made various disclosures on the record. The Court disqualifies itself from this case under 28 U.S.C. §455(a) as its "impartiality might reasonably be questioned." The parties will have until 4:00 p.m. on June 11, 2015 to waive that disqualification under 28 U.S.C. §455(e), using procedures and forms provided in court. If both parties do not waive by that deadline, the case will be randomly assigned to another judge in this court. If both parties waive, the Court will retain the case and set a status conference for scheduling purposes shortly thereafter.

Date:   6/9/15                              /s/ Thomas M. Durkin