# National Anti-Corruption Policy Institute

**One of America's Leading Corruption Fighters**



**Global Headquarters: New York**

**Regional Centres**
New England: Manchester, NH
Chicago:
South Florida / Americas:
Asia/Pacific: Honolulu
Europe/Middle East: London

**New York Office**
P.O. Box 1851
New York, NY 10150-1851
Tel. (866) 706-:2639
Fax (866) 214-3210
E-mail:
AndyMartinUSA@aol.com

Andy Martin, J.D.
Adjunct Professor of Law
Executive Director

**FILED**

**JUN 9 2015**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

June 4, 2015


Freedom of Information
United States Attorney
219 S. Dearborn
Chicago, IL 60604

and

Freedom of Information (FOIA)
Executive Office for
  United States Attorneys
Room 2242
950 Pennsylvania Avenue
Washington, DC 20530-0001

Re: U.S. v. Hastert, 1:15-cr-00315-1

Dear FOIA Staff:

I would like to formally lodge a FOIA request for any and all information concerning the identity of "Individual A" in the above case, as well as the identities of any other individuals, **in Illinois prior to 1990**, excluding the Defendant, who are part of the investigation or file in the above case.

Since Individual A is apparently not being prosecuted, and there is no ongoing investigation about him or her, I believe that FOIA mandates release of any identifying information about Individual A as well as other individuals who were identified and became part of the file concerning the Defendant's actions **in Illinois prior to 1990**.

Please feel free to contact me if you have any questions.


Respectfully submitted,

ANDY MARTIN

AM:sp

cc: Hon. Thomas M. Durkin

NEW YORK NY 05 JUN 2015 PM 20 L

USA FIRST CLASS FOREVER

Hon. Thomas M. Durkin
U.S. District Judge
219 S. Dearborn St.
Chicago, IL 60604

60604199571

**ANDY MARTIN**
Suite 4406
30 E. Huron Street
Chicago, IL 60611-4723
"He works for the People of Illinois"