From: Steven Block
Carrie Hamilton
Assistant U.S. Attorneys
Northern District of Illinois

To: Thomas G. Bruton
Clerk of the Court
United States District Court
Northern District of Illinois

Date: 6/11/15

Re: *United States v. John Dennis Hastert*, No. 15 CR 315

**RECEIVED**
JUN 11 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FILED**
6-11-15
JUN 11 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Mr. Bruton:

The government has considered the Clerk's Notice that Judge Durkin intends to disqualify himself from this case because his impartiality might reasonably be questioned. The government hereby waives this disqualification. The government is willing to proceed forward with Judge Durkin presiding.

Pursuant to Canon 3D of the Code of Conduct, the government is submitting this letter to the Clerk of Court, but the government is not copying Judge Durkin, nor are we copying the other counsel of record or the other parties.

Yours truly,

ZACHARY T. FARDON
United States Attorney

By: _____
Steven Block
Carrie Hamilton
Assistant U.S. Attorneys
Northern District of Illinois