15

**RECEIVED**

JUN 1 1 2015

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

**FILED**
6-11-15    15

JUN 1 1 2015

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

From:  Thomas C. Green
Sidley Austin LLP
Washington, DC
Counsel for Defendant

John N. Gallo
Sidley Austin LLP
Chicago, IL
Counsel for Defendant

To:  Thomas G. Bruton
Clerk of the Court
United States District Court
Northern District of Illinois

Date:  JUNE 11, 2015

Re:  *United States v. John Dennis Hastert*, No. 15 CR 315

Dear Mr. Bruton:

We have consulted with our client, John Dennis Hastert, concerning the Clerk's Notice that Judge Durkin intends to disqualify himself from this case because his impartiality might reasonably be questioned. We hereby waive this disqualification. We are willing to proceed forward with Judge Durkin presiding.

Pursuant to Canon 3D of the Code of Conduct, we are submitting this letter to the Clerk of Court, but we are not copying Judge Durkin, nor are we copying the government. Mr. Hastert's signature is included below to indicate his agreement.

Yours truly,

Thomas C. Green
John N. Gallo
Sidley Austin LLP
Counsel for Defendant

John Dennis Hastert