UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA | No. 15 CR 315 |
| v. | Judge Thomas M. Durkin |
| JOHN DENNIS HASTERT | |

**NOTICE OF MOTION**

On June 18, 2015 at 11 a.m., or as soon thereafter as counsel may be heard, the government will appear before the Honorable Thomas M. Durkin, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the GOVERNMENT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

*By: s/ Steven A. Block*
STEVEN A. BLOCK
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7647