## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                           Case No.: 1:15−cr−00315
                                         Honorable Thomas M. Durkin

John Dennis Hastert

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 18, 2015:

      MINUTE entry before the Honorable Thomas M. Durkin:as to John Dennis Hastert, Status hearing held on 6/18/2015. Rule 16.1 conference is to be held by 6/25/15. Parties are to submit a revised protective order in accordance with this Court's oral ruling. Status hearing set for 7/14/2015 at 09:30 AM. Defendant's appearance is waived for the status hearing. In the interest of justice, and without objection, time is excluded from 6/9/15 to and including 7/14/15 under 18:3161(h)(7)(B)(iv) of the Speedy Trial Act. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.