# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                        Case No.: 1:15−cr−00315

                                                      Honorable Thomas M. Durkin

John Dennis Hastert

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2015:

      MINUTE entry before the Honorable Thomas M. Durkin:as to John Dennis Hastert. The parties have notified the Court of a dispute regarding language in the proposed Protective Order Governing Discovery that was discussed at the status conference on June 18, 2015. The parties should submit a joint status report of no more than three pages by noon on Wednesday, June 24, 2015, succinctly setting forth their positions on the disputed language, including any legal authority for their position. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.