UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 15 CR 315 |
| v. ) | |
| ) | Judge Thomas M. Durkin |
| JOHN DENNIS HASTERT ) | |

**JOINT STATUS REPORT REGARDING**
**PROTECTIVE ORDER GOVERNING DISCOVERY**

On June 23, 2015, the Court ordered the parties to submit a joint status report setting forth their positions regarding disputed language in the proposed protective order governing discovery in this case. After further discussions, the parties agree on the draft protective order submitted to the Court on June 22, 2015. The defendant reserves the right to seek a modification of such order.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:  /s/ Steven A. Block
STEVEN A. BLOCK
CARRIE HAMILTON
Assistant U.S. Attorneys
219 South Dearborn St.
Chicago, Illinois 60604
(312) 886-7647

THOMAS C. GREEN
JOHN N. GALLO
Attorneys for Defendant

By:  /s/ John N. Gallo
Sidley & Austin LLP
One South Dearborn St.
Chicago, Illinois 60604
(312) 853-7494