IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 315 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| JOHN DENNIS HASTERT | ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that former Assistant United States Attorney Carrie Hamilton is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

                                                Respectfully submitted,

                                                ZACHARY T. FARDON
                                                UNITED STATES ATTORNEY

                              By: s/ Diane MacArthur
                                      DIANE MACARTHUR
                                      Assistant United States Attorney
                                      219 South Dearborn Street, 5th Floor
                                      Chicago, Illinois 60604
                                      (312) 353-5352

Dated: August 21, 2015