# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                Case No.: 1:15−cr−00315
                                Honorable Thomas M. Durkin

John Dennis Hastert

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2015:

      MINUTE entry before the Honorable Thomas M. Durkin:as to John Dennis Hastert. With no objection by the government, defendant's oral request for an extension of time to file pretrial motions is granted. Defendant's pretrial motions are to be filed by 9/14/15. Government's response is due 10/5/15. Defendant's reply is due 10/16/15. The 10/20/15 status date stands. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.