**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15-CR-315 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| JOHN DENNIS HASTERT | ) | |

**NOTICE OF MOTION**

TO:    Counsel of Record

      PLEASE TAKE NOTICE that on September 14, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Thomas M. Durkin, in Room 1801 of the U.S. Courthouse, 219 South Dearborn Street, and then and there present the attached JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE PRETRIAL MOTIONS, a copy of which has been served upon you.

Dated:  September 10, 2015

Respectfully submitted

By:  /s/ Thomas C. Green

**SIDLEY AUSTIN LLP**

Thomas C. Green
1501 K Street, N.W.
Washington, DC 20005
(t): (202) 736-8000
(f): (202) 736-8711

John N. Gallo
Geeta Malhotra
One South Dearborn
Chicago, Illinois 60603
(t):  (312) 853-7000
(f):  (312) 853-7036

*Counsel for John Dennis Hastert*

## <u>CERTIFICATE OF SERVICE</u>

I, Geeta Malhotra, hereby certify that on September 10, 2015, I caused a copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/    Geeta Malhotra