# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                       Case No.: 1:15−cr−00315
                                           Honorable Thomas M. Durkin

John Dennis Hastert

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2015:

      MINUTE entry before the Honorable Thomas M. Durkin:Joint motion for extension of time for defendant to file pretrial motions[37] is granted as to John Dennis Hastert. Defendant's pretrial motions are to be filed by 9/28/15. The government';s response is due by 10/19/15. Defendant's reply is due by 11/2/15. Status hearing reset for 11/16/2015 at 09:00 AM. The 10/20/15 status date is vacated. In the interest of justice and without objection, time is excluded from 10/20/15 to and including 11/16/15 under 18:3161(h)(7)(B)(iv) of the Speedy Trial Act. No appearance required on 9/14/15. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.