UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JOHN DENNIS HASTERT

No. 15 CR 315

Judge Thomas M. Durkin

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday September 28, 2015 at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Durkin in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

## SECOND JOINT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE PRETRIAL MOTIONS

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: */s/ Steven A. Block*
STEVEN A. BLOCK
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 886-7647

Dated: September 22, 2015