**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                     Case No.: 1:15−cr−00315
                                     Honorable Thomas M. Durkin

John Dennis Hastert

                      Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, September 28, 2015:

    MINUTE entry before the Honorable Thomas M. Durkin:Joint motion for extension of time to 10/13/15 in which to file pretrial motions[40] is granted as to John Dennis Hastert. Motion hearing held on 9/28/2015. Status hearing set for 10/15/2015 at 09:00 AM. The defendant's appearance is waived for the 10/15/15 status hearing. Mailed notice (srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.