# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                         Case No.: 1:15−cr−00315

                                                       Honorable Thomas M. Durkin

John Dennis Hastert

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2015:

      MINUTE entry before the Honorable Thomas M. Durkin:as to John Dennis Hastert, Status hearing held on 10/15/2015. Change of Plea Hearing set for 10/28/2015 at 08:30 AM. In the interest of justice and without objection, time is excluded from today to and including 10/28/15 under 18:3161(h)(7)(B)(iv) of the Speedy Trial Act. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.