BRET SABLOSKY
334 SAYBROOK ROAD
ORANGE CT 06477

FILED
OCT 26 2015
10-26-2015
Judge Thomas M. Durkin
United States District Court

15 CR 315

JANUARY 21 2015

HONORABLE THOMAS DURKIN
U.S. DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
219 S DEARBORN ST
CHICAGO ILLINOIS 60604

RE GUILT AND SENTENCING OF
EX SPEAKER OF HOUSE DENNIS HASTERT

JUDGE DURKIN,

DENNIS HASTERT DESERVES A LONG JAIL SENTENCE FOR LYING TO AN FBI AGENT AND FOR EVASION OF MONEY TRANSACTION REPORTING RULES. I WILL GIVE MY REASONS. DENNIS HASTERT FOR MANY YEARS WAS 2ND MOST POWERFUL PERSON

TO THE PRESIDENT OF UNITED STATES AS SPEAKER OF HOUSE OF REPRESENTATIVES. DENNIS HASTERT BELIEVED IN BEING HARD ON CRIMINALS WHO COMMIT CRIMES. DENNIS HASTERT'S HARDNESS ON CRIME, HIS LAW AND ORDER MIND AND ATTITUDE SHOULD BE APPLIED TO DENNIS HASTERT, DEFENDANT. HASTERT SUPPORTED, ADVOCATED AND KEPT THE VERY LAWS HASTERT IS BEING PROSECUTED ON AND WITH IN THE UNITED STATES CODE.

HASTERT AS SPEAKER OF THE HOUSE OF REPRESENTATIVES WAS IN A POWERFUL POSITION TO REPEAL THE MONEY TRANSACTION REPORTING LAWS, HASTERT IS BEING PROSECUTED WITH. HASTERT IS BOTH A CRIMINAL AND A HYPOCRITE. HASTERT SHOULD GET

at least 5 years in jail. Give Hastert 5 year in jail with a plea bargain on a guilty plea, otherwise give Hastert 10 years.

As a former elected representative Hastert should be punished more severely than an average person. Hastert knew exactly what he was doing and is more culpable than an ordinary citizen. Hastert's past bad conduct as a wrestling coach at a high school in Illinois was disgusting.

Hastert should be punished severely for laws Hastert kept on books of the United States Code.

Hastert was an active leader in taking away all citizen's banking privacy, so Hastert should be held strictly to the criminal standards he set and swore by.

Hastert was active as speaker in abolishing banking privacy in United States in Patriot Act as well. Hastert had full knowledge of his wrongful acts. Hastert pushed these laws through the House and supported financial transaction laws that abolished banking privacy, the little privacy that existed. Hastert should be punished harshly for these reasons.

VOTERS AND CITIZENS IN THIS UNITED STATES DESERVE BETTER THAN THESE TYPE OF LEADERS LIKE DENNIS HASTERT MAKING LAWS THAT THEY THEMSELVES DO NOT BELIEVE IN. THEN GUYS LIKE HASTERT GO OUT AND BREAK THESE LAWS. HASTERT THINKS ARE FOR OTHER PEOPLE, BUT OF COURSE NOT HIM.


THANK YOU
Bret K
BRET SABLOSKY

BRET SABLOSKY
334 SAYBROOK ROAD
ORANGE CT 06477

JUDGE THOMAS DURKIN
UNITED STATES COURTHOUSE
219 S DEARBORN ST
CHICAGO IL
60604