

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 15 CR 315 |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| John Dennis Hastert | ) | |

### ORDER

Change of plea hearing held. Defendant enters a plea of guilty to Count two of the indictment. Plea accepted, judgment of guilty entered. Case referred to the probation office for a presentence investigation report. Any objections to the presentence report are due by 2/15/16. Responses and sentencing memorandums are due by 2/22/16. Sentencing is set for 2/29/16 at 10:00 a.m. Current bond to stand. Oral motion by the parties for an extension of time to submit their respective versions to the probation office is granted. Government's version is due by 12/2/15. Defendant's version is due by 1/4/16.
(:30)

Date: 10/28/15 /s/ Thomas M. Durkin