

# C. WILLIAM POLLARD

1116 N. Stoddard
Wheaton, Il 60187
December 11, 2015

Honorable Thomas Durkin
U.S. District Judge
United States Courthouse
Clerks Office
219 S. Dearborn St.
Chicago, IL 60604

RE: U.S. v. Dennis Hastert, 15 CR 315

Dear Judge Durkin:

I am writing this letter to you as a friend of Dennis Hastert. I have known Speaker Hastert for over 30 years. During his years of service to our country as a Congressman from Illinois and then as his term as Speaker of the House of Representatives, he was known as a man of integrity – a person who you could trust.

While his current situation may reflect mistakes in how he structured withdrawals from his bank accounts, he is not a deceitful person.

The prosecution of this case has been a very painful experience for him and his family. As you come to this time of determining an appropriate sentence, I encourage you to consider his years of faithful and trustworthy service to our country. In light of his recent hospital stay, I would hope that probation in lieu of confinement would be considered in determining his sentence.

Thank you for your consideration of this request.

Sincerely,

*C. William Pollard*

C. William Pollard
Chairman Emeritus
The ServiceMaster Company