**hastert sentence**
stephenyouhanaie   to: sandy_newland                    12/26/2015 10:50 AM

From:   stephenyouhanaie@aol.com
To:     sandy_newland@ilnd.uscourts.gov

```
I would ask the judge that if he is 100% convinced of the original Hastert
conduct being against a minor, that the judge would take steps during
sentencing to prevent Mr. Hastert from being allowed to be near school areas
from now on.

Stephen Youhanaie
227a Judson av
Oswego, Il  60543
c) 331-213-6667
```

15 cr 315
**USA VS. JOHN DENNIS HASTERT**
**FILED: DECEMBER 26, 2015**

FILED
DEC 26 2015
12-26-2015
Judge Thomas M. Durkin
United States District Court