# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 15-CR-315 |
| v. | ) |
| | ) Judge Thomas M. Durkin |
| JOHN DENNIS HASTERT | ) |

## NOTICE OF MOTION

TO: Counsel of Record

    PLEASE TAKE NOTICE that, on January 28, 2016, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Thomas M. Durkin, in Room 1441 of the U.S. Courthouse, 219 South Dearborn Street, and then and there present the attached DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING, a copy of which has been served upon you.

Dated: January 22, 2016       Respectfully submitted

By:  /s/ John N. Gallo

**SIDLEY AUSTIN LLP**

Thomas C. Green
1501 K Street, N.W.
Washington, DC 20005
(t): (202) 736-8000
(f): (202) 736-8711

John N. Gallo
Geeta Malhotra
One South Dearborn
Chicago, Illinois 60603
(t): (312) 853-7000
(f): (312) 853-7036

*Counsel for John Dennis Hastert*

## **CERTIFICATE OF SERVICE**

    I, Geeta Malhotra, hereby certify that, on January 22, 2016, I caused a copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                                                     /s/    Geeta Malhotra