## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                           Case No.: 1:15−cr−00315
                                                       Honorable Thomas M. Durkin

John Dennis Hastert

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 28, 2016:

      MINUTE entry before the Honorable Thomas M. Durkin:Defendant's motion to continue the sentencing date[57] is granted as to John Dennis Hastert. The 2/29/2016 sentencing date is vacated. Motion hearing held on 1/28/2016. Sentencing reset for 4/8/2016 at 10:00 AM. The presentence report is due by 3/21/2016. Objections and any sentencing memorandums are due by 3/28/2016. Responses are due by 4/4/2016. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.