January 23, 2016

Honorable Thomas Durkin
U.S. District Judge
United States Courthouse
Clerks Office
219 S. Dearborn St.
Chicago, IL 60604

Re: U.S. v. Dennis Hastert, 15 CR 315

Dear Honorable Judge Thomas Durkin,

I served in the administration of George W. Bush as the Co-Chair of the President's Council of Advisors in Science and Technology from 2001 to 2009. My home is in California where I was involved in the technology industry for many years. My government role called for me to be in Washington approximately monthly.

During that time, I met Dennis Hastert but did not really get to know him. Our committee worked primarily with the Science Committee of the Congress.

My wife and I established a Foundation in 1993 to fund education, medical research and Christian endeavor. As Mr. Hastert was ending his public career, a friend mentioned to me that he was looking to fund for a Public Policy Center at Wheaton College in Illinois that would combine the activities of their Economics and Political Science departments. The project was well aligned with our funding goals. It was centered at a Christian college and it was recognizing the important linkage between economics and the political world. We had already made a substantial gift to my alma mater, University of California at Berkeley, to fund further developments in the computer science field, so a "business" based project with a Christian emphasis was in our interest.

We met with Mr. Hastert, assessed his vision and decided to fund the Chair at Wheaton that would direct the Center.

With that investment, I was asked to sit on the Advisory Board of the Center – a role that required three or four trips to Wheaton each year. I accepted the invitation. It was during these trips that I really got to know Mr. Hastert. I had the pleasure of helping teach a course with him for several years. I saw his "heart" for students and his desire to help them develop their skills in practical

ways. I saw the effort he made to find employment for students during their summer breaks that would further develop their talents. I saw the effort he placed on introducing students to international entities that would broaden their knowledge. Bottom line, I saw a man dedicated to helping the next generation learn and grow and saw the tremendous effort he put into each lesson – going much more than the "extra mile" to stay in class and make himself available to the students.

As a result, I have remained on the Advisory Board at Wheaton far longer than I had intended since I see the deep value that the Center brings to students. I don't want the vision of this Center to be diminished and trust that in dealing with Mr. Hastert, you will consider the many positive actions he has taken to educate and develop the youth of Illinois through his dedication to Wheaton and other organizations that he supports in the area.

I really know nothing of the details of this case but know that today, Dennis Hastert is a man dedicated to others. A true Public Servant.

Very truly yours,

E. Floyd Kvamme
19490 Glen Una Drive
Saratoga, CA 95070

Cell: (503) 807-8382