FILED
FEB 02 2016
Judge Thomas M. Durkin
United States District Court

January 26, 2016

Honorable Thomas Durkin
U.S. District Judge
United States Courthouse
Clerks Office
219 S. Dearborn St.
Chicago, IL 60604

15 cr 315-1
USA VS. JOHN DENNIS HASTERT
FILED: 2/2/2016
LETTER

Judge Durkin,

I am writing with respect to the case before you of J. Dennis Hastert, former Speaker of the House of Representative. I was a Professor of Economics at Wheaton College from 1986 through 2011, retiring in June of 2011. During the last 8 years of my time there I came to know Speaker Hastert reasonably well as he was on campus frequently and often interacted with my students and me. I joined the Advisory Board of the J. Dennis Hastert Center for Economics, Government, and Public Policy at Wheaton College in April of 2013. In that capacity I became even better acquainted with Speaker Hastert through Advisory Board meetings and at functions where he would interact with students and faculty.

In all of my interaction with Mr. Hastert I was impressed with his genuine concern for the Wheaton College students and with his desire that they be exposed to the best of public policy thinking. He gave generously of his time and talents and never failed to extend a helping hand to students who wanted extra information about the intersection of politics and economics.

I ask that you take into account Mr. Hastert's long record of exemplary public service and his clear commitment to the common good of the United States in your sentencing decision.

Sincerely yours,

P.J. Hill, Professor Emeritus, Wheaton College, Wheaton, Illinois
Senior Fellow, Property and Environment Research Center, Bozeman, Montana
2048 Analysis Drive, Ste. A
Bozeman, Montana



PERC
2048 Analysis Drive, Suite A
Bozeman, Montana 59718-6829

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 59715 $ 000.47
02 1W
0001391670 JAN 26 2016

Presort
First Class Mail
ComBasPrice

ADDRESS SERVICE REQUESTED

Honorable Thomas Durkin
U.S. District Judge
United States Courthouse
Clerks Office
219 S. Dearborn St.
Chicago, IL 60604