IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | Case No: 15 CR 315 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: Thomas M. Durkin |
|  | ) |  |
| John Dennis Hastert | ) |  |
|  | ) |  |

### ORDER

(:20)
At the request of government, a status conference was held in open court to discuss witness availability at the scheduled 4/8/2016 sentencing hearing. A portion of the transcript is ordered sealed as it deals with the identity of the witness. The government's oral motion to continue the sentencing date is granted. Sentencing is reset to 4/27/2016 at 10:00 a.m. Objections to the PSR and any sentencing memorandums are due by 4/8/2016. Responses are due by 4/15/2016.

Date: 3/22/16                                                          /s/ Thomas M. Durkin