## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

UNITED STATES OF AMERICA
Plaintiff,

v.                      Case No.: 1:15−cr−00315
                            Honorable Thomas M. Durkin

John Dennis Hastert
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 30, 2016:

      MINUTE entry before the Honorable Thomas M. Durkin:as to John Dennis Hastert: On March 15, 2016, the Court entered an order stating that it would appoint an independent medical expert under Rule 706 of the Federal Rules of Evidence to (1) review defendant's submissions to the Probation Office concerning his medical condition and (2) provide an independent report to the Court on the defendant's medical condition. On the joint recommendation of the parties, and the Court's own review of his qualifications, the Court has appointed Dr. Robert S. Golden of Internal Medicine Associates, LLC, which is affiliated with Northwestern Memorial Hospital, where Dr. Golden is a member of the medical staff. Dr. Golden is board certified in internal medicine. He is also an assistant professor of clinical medicine at Northwestern University Feinberg School of Medicine. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.