# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 15 CR 315 |
| v. ) | |
| ) | Judge Thomas M. Durkin |
| JOHN DENNIS HASTERT ) | |

## NOTICE OF MOTION

TO: Counsel of Record

PLEASE TAKE NOTICE that, on April 13, 2016, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Thomas M. Durkin, in Room 1441 of the U.S. Courthouse, 219 South Dearborn Street, and then and there present the attached MOTION TO FILE UNDER SEAL DEFENDANT JOHN DENNIS HASTERT'S RESPONSE TO THE PRESENTENCE REPORT AND SENTENCING RECOMMENDATION, a copy of which has been served upon you.

Dated: April 8, 2016

Respectfully submitted,

*/s/ Thomas C. Green*

Thomas C. Green
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, DC 20005
(t): (202) 736-8000
(f): (202) 736-8711

John N. Gallo
Geeta Malhotra
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(t): (312) 853-7000
(f): (312) 853-7036

*Counsel for John Dennis Hastert*

## **CERTIFICATE OF SERVICE**

I, Geeta Malhotra, hereby certify that on April 8, 2016, I caused a copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Geeta Malhotra*