

15 CR 315



**Dennis Hastert MUST GO TO JAIL**
hotchilihd@aol.com   to: sandy_newland                  04/09/2016 11:31 AM

From: "hotchilihd@aol.com" <hotchilihd@aol.com>
To: sandy_newland@ilnd.uscourts.gov

**Dennis Hastert committed crimes against children and must be made responsible. NO LENIENCY, HE MUST DO THE MAXIMUM SENTENCE!**

FILED
APR 09 2016
Judge Thomas M. Durkin
United States District Court

4-9-2016
FILED
APR 9 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT