


**Childhood Trauma Treatment Program**
P.O. Box 776
Oak Lawn, Illinois 60454-0776
Telephone 1-800-216-1110

*15 CR 315*

*April 12, 2016*
FILED
APR 12 2016
Judge Thomas M. Durkin
United States District Court

The Honorable Thomas M. Durkin
U.S. District Judge
U.S. District Court
Northern District of Illinois
Dirksen U.S. Courthouse
14th Floor
219 South Dearborn St.
Chicago, Illinois 60604

April 11, 2016

Dear Judge Durkin,

Today I am writing to you to communicate to you my suggestion about the upcoming sentencing of former U.S. House Speaker Dennis Hastert. I am the Executive Director of The Childhood Trauma Treatment Program (CTTP), one of the oldest center in Illinois for treating children who have been sexually abused. I have attached a brief description of CTTP. As the description indicates, CTTP was founded in 1979 Bolingbrook to serve Will County.

If possible, I suggest that part of the sentencing include a $100,000 to $500,000 contribution to the Childhood Trauma Treatment Program to establish an outreach program to residents of Will County, especially the Yorkville High School District and the grammar schools in the Yorkville area to prevent and treat child sexual abuse.

Thank you for your consideration of my suggestion.

Sincerely,

John F. Smith, Ph.D.
Advocate Health Care
Executive Director
Childhood Trauma Treatment Program

# Advocate Childhood Trauma Treatment Program (CTTP)
## No Charge 20 Sessions Therapy/Counseling Services for Children & Adolescents Who Have Experienced Sexual Abuse
## 1.800.216.1110

CTTP provides specialized sexual abuse evaluations, assessments, and counseling/therapy services **at no cost** to qualifying children and adolescents ages 4 to 17. These services do not include forensic assessments to determine if a child was abused. Each child or adolescent that qualifies will receive initial clinical interview sessions or a specialized psychological assessment that focuses upon exploring and clarifying the psychological conditions and diagnoses, effects from their trauma, and treatment needs and recommendations. After this evaluation or assessment, our staff will determine if they are appropriate to receive up to twenty (20) therapy sessions that are focused on their trauma and recovery from sexual abuse.

### Who is eligible to receive this no charge sexual abuse counseling?

A child or adolescent:
- Between ages 4 and age 17
- Experienced sexual abuse that they acknowledge or admit occurred to them
- Not court-ordered for therapy or counseling
- Covered under Medicaid, have no health insurance coverage, or are financially unable to use their current health insurance due to its excessively high costs or deductibles and/or co-payments or have no mental health coverage (family must provide documentation)
- Not eligible to receive DCFS-funded counseling

The parents or legal caregivers:
- Are required to actively participate in sessions
- Are not involved with any active or current custody disputes, child visitation issues with parents, or divorce proceedings
- Have not been court-ordered for therapy or counseling
- Do not have current, active, or ongoing legal actions or court proceeding associated with the alleged perpetrator of the abuse

### Advocate Childhood Trauma Treatment Program

Since 1979, the Advocate Childhood Trauma Treatment Program has provided a range of specialized services. Our mission is to assess and provide therapy and counseling for children, adolescents, and families that have experienced sexual abuse, maltreatment, psychological trauma, and sexual behavior problems, to teach clinicians to provide these services, and to prevent child sexual abuse through special workshops for adults (*Stewards of Children*™).

**Oak Lawn Office**
Oak Lawn Towers
4700 West 95th Street
Suite #LL5
Oak Lawn, IL 60453
(near Cicero Avenue & 95th Street)

**Bolingbrook Office**
391 Quadrangle Drive, Suite #N4
Bolingbrook, IL 60440
(near Route 53 & Lily Cache Road and exit 267 of I-55/Stevenson Expressway)




A United Way Agency



Advocate Health Care
Family Care Network

For information and services, please speak with staff in our Intake Department at 1.800.216.1110. You may also visit our website at advocatehealth.com/cttp or email us at CTTP@advocatehealth.com