April 12, 2016
FILED
APR 12, 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

5701 North Sheridan Road
Apartment 19H
Chicago, Illinois 60660
April 7, 2016

15 CR 315

Dear Judge Durkin,

    I am not a judge or a lawyer. I know judges have hard cases and easy cases. But this Dennis Hastert case sickens me.

    I went to a Catholic high school in Chicago and what I saw that occurred between some classmates and teachers/coaches scared me. But this was 1970 to 1974. What could you do? My Mom, a devout Catholic would never believe it.

    I can't imagine the pain, the horror, the psychological damage, the agony, the shame, the uncertainty, the betrayal, the self doubt those boys suffered. Yet, Mr. Hastert considers his shame enough punishment.

There are people in jail with cancer, AIDS, M.S., you name it. Why should he be any different in his sentence?

When that Mark Foley from Florida scandal broke, it didn't take a genius to know he was protected. Little did we know it was Mr. Hastert.

I'm 64. I get angry when people in power get away with stuff. Politicians are the worst. Here in Illinois it is a way of life. I hope I never get to be when I hear of these horrors, like my Mom, close my eyes and just add it to all the other horrors witnessed and nothing ever done.

I cry for all those suffer at the hands of those trusted. Read again, MARK 9:42.

Yours truly,
Joseph M. Garza

Jorge M. Baez
3701 N. Sheridan Rd
#19H
Chicago, IL 60660

CAROL STREAM IL 601
8 APR 2016 PM 8 1

U.S. District
Judge Thomas M. Durkin
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604