USA                                                               15 CR 315

v.

Dennis Hastert

Transcript of telephone message to Judge Durkin received on 4/9/2016 at 12:01 p.m.

My name is Steve Morris. My telephone number is (503) 568-6643. This message is for Judge Durkin. I absolutely am incensed that Dennis Hastert was given only 6 months for abusing four boys. What kind of a judge are you that would allow this kind of a sentence? I just – oh! I can -- you wonder why people can't stand the judicial system when you do something like this? Then you're the one who should go to jail. Oh! And I'd be more than happy to talk to you about this if you wish. You're an absolutely reprehensible person for doing something like this. Bye.

April 09, 2015
FILED
APR 09 2016
Judge Thomas M. Durkin
United States District Court