**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | Case No: 15 CR 315-1 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| Dennis Hastert | ) | |
| | ) | |

**<u>ORDER</u>**

(:15)

Motion hearing held. Defendant's motion to seal his response to the presentence report and sentencing recommendation is denied [70]. The Clerk is directed to unseal and place on the public docket, Defendant's Response to the Presentence Report and Sentencing Recommendation [72].

Date:   04/13/2016                                   /s/ Thomas M. Durkin