**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                              Case No.: 1:15−cr−00315
                                                                Honorable Thomas M. Durkin

John Dennis Hastert
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, April 14, 2016:


      MINUTE entry before the Honorable Thomas M. Durkin:as to John Dennis Hastert. The Court has directly received a number of letters and other communications, such as voicemails, regarding this case. Each such communication has been scanned or transcribed and filed in the public record on this case's electronic docket. In a March 10, 2016 submission to the U.S. Probation Office, the defendant, through counsel, filed his version of the offense. This submission became part of the Probation Office's Presentence Investigation Report, which is confidential. Attached to the defendant's version of the offense (as supplemented on March 14, 2016) were a total of 60 letters addressed to the Court, from various individuals, regarding matters in mitigation of the defendant's conduct. Since the defendant submitted these letters to the Probation Office in connection with preparation of the confidential Presentence Investigation Report, none of these letters has been publicly filed. Usually letters attesting to a defendant's character are part of the public record, either submitted as attachments to the defendant's sentencing memorandum (which is a public document) or as a separate public filing. The Court does not believe merely attaching them to the defendant's version of the offense submission cloaks the letters in confidentiality, especially since none of the letters directly address any "version" of the offense itself. See United States v. Corbitt, 879 F.2d 224 (7th Cir. 1989). Although defense counsel references the letters in their version of the offense, they did so in support of mitigation arguments, not to articulate the defendant's version of the offense. The letters were submitted in mitigation, and as such they must be part of the public record if the Court is to consider them. If the defendant wants the Court to consider any of these letters in mitigation or for any other purpose, the defendant must publicly file the letters. The Court will not consider any letters addressed to the Court unless they are publicly filed. Mailed notice (srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.