



**Judge Durkin**
munari@msn.com    to: sandy_newland

04/16/2016 05:01 AM

From:     "munari@msn.com" <munari@msn.com>
To:       sandy_newland@ilnd.uscourts.gov

This is just a note of praise for Judge Durkin for ruling that letters of recommendation during the sentencing of Dennis Hastert be public information. Bravo to him.

April 16, 2016
FILED
APR 16 2016

Judge Thomas M. Durkin
United States District Court