Carl (Buddy) Bell
4606 Stillbrooke Drive
Houston Texas 77035-5028
713-283-1369
Buddy.bell@sbcglobal.net

April 18, 2016
FILED
APR 18 2016
Judge Thomas M. Durkin
United States District Co[urt]

15 CR 315

April 13, 2016

Honorable Judge Thomas Durkin
Chicago Federal Court

Dear Judge Durkin,

I am 68 retired working part time. Married with a Beautiful Wife and 5 Grandkids.

Personally I am sick and tired of elected Politicians using their positions for personal gains and using our hard earned taxes we send to Washington for their own personal gains. Also it makes me sick that a man, a Teacher would use his position of trust and Respect to abuse young men who probably looked up to him and needed him for their own development.

I am begging you to use your authority to give this poor excuse for a man the maximum punishment you can.

If you do the math, Hastert went from being a school teacher,(1964-1981) then to the State House, and then to the U S House and in 1999 became the Speaker of the House. I am fairly certain that a U S Congressman makes less than $200,000 a year so there is no doubt in my mind that he used his office to enhance his wealth in order to remove millions from his savings to pay off the poor abused men.

He must have taken money that he did not honestly have earned.

I hope you take every dime of our money away from him and lock him up for as long as it is possible.

Thanking you for your service to our Country. May God Bless you.

Cordially,

Buddy Bell

Buddy Bell
9606 Shubrooke Ln
Houston, TX 77035-5028

Honorable Judge Thomas Durkin
Federal Court
219 South Dearborn Street
Chicago, IL 60604