15 CR 315

4-18-2016
FILED
APR 18 2016
Judge Thomas M. Durkin
United States District Court

April 14, 2016

Hon. Judge Thomas M. Durkin

Dirksen US Courthouse

219 South Dearborn Street

Chicago, ILL 60604

Dear Judge Durkin:

The city of Chicago has proven itself to be one that is rife with deviants who seek to prey upon the young. When will it end? I hope you use the wisdom given you by our Creator to make Denny Hastert an example for the rest to follow.

In the book of Matthew 26:53, they speak of 12 legions of angels who act of a protectorate of the righteous martyrs of Christ.

Revelation chapter 7 mentions the 144,000 with the Lord's seal upon their foreheads. I think it will be more like 1,053,000. A difference of 909,000.

God bless you and yours as you prepare for April 27th.

Kindest personal regards,

Scotto

--Scott Andrew Horning

John 10:27, MKV.


The HONORABLE Thomas M. DURKIN
DIRKSEN U.S. Courthouse
219 South DEARBORN Street
Chicago, IL 60604