

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Provisional
Pending furher order of the court

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Andy Martin
(Please print)

STREET ADDRESS: P.O. Box 750426

CITY/STATE/ZIP: Forest Hills, NY 11375-0426

PHONE NUMBER: (866) 706-2639

CASE NUMBER: 15 CR 315

Signature                                          Date: 4/18/16

### REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[X] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

andymart20@aol.com

E-Mail Address
(Please Print Clearly)

**FILED**

APR 19 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Updated 03/26/14