# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:15−cr−00315
Honorable Thomas M. Durkin

John Dennis Hastert

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 21, 2016:

MINUTE entry before the Honorable Thomas M. Durkin:as to John Dennis Hastert. Movant's motion for leave of Court to be heard at sentencing as Amicus Curiae or as part of the Victim Impact Process is denied. [88] "Movant" is not an attorney representing one of the parties in this case. The Court will consider his written submission as it does other letters submitted to the Court. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.