13222 Bundoran Court
Orland Park, Illinois 60462
April 15, 2016

Honorable Thomas M. Durkin
Judge of the United States
District Court for the Northern
District of Illinois
219 South Dearborn Street
Room 1446
Chicago, Illinois 60604

15 CR 315

April 20, 2016
FILED
APR 20 2016
Judge Thomas M. Durkin
United States District Court

Attn: Sandy Newland
       Courtroom Deputy, Room 1438

RE: DENNIS HASTERT CASE

Your Honor,

I feel compelled to write you to express my feelings regarding the Dennis Hastert Case.

Shame on Dennis Hastert! He wants sympathy and mercy from our judicial system. The only thing Mr. Hastert is sorry for is he got caught.

I understand the actual charge is structuring a financial crime relating to how he moved money from his bank without proper financial reporting. However, that would not be an issue if he acted like a responsible adult and teacher to a minimum of five young boys. Mr. Hastert was their coach, a person they respected, admired and most of all trusted. They were vulnerable young high school boys and he violated that trust. For that he MUST take responsibility.

In Mr. Hastert's own words, "put repeat child molesters into jail for the rest of their lives". I couldn't agree more. He lied to the FBI when originally questioned. Mr. Hastert is a hypocrite. His current medical condition is a misnomer. These young men are forever scared physically, emotionally and psychologically.

How frightening to think he was two steps away from the Presidency of the United States.
He was a powerful man surrounded by many. NOW HE WALKS ALONE!

No Mercy for Mr. Dennis Hastert.


                                        Respectfully submitted,

                                        Rita Mae Barrett Deane
                                        Rita Mae Barrett Deane


rmbd

