Judge Thomas Durkin
Dirksen Federal Building
217 Dearborn
Chicago, Illinois

15 CR 315

1120 Church St.
Glenview, Ill.
April 7, 2016

FILED
APR 21 2016
April 21, 2016
Judge Thomas M. Durkin
United States District Court

Dear Judge Thomas Durkin,

(Please read this my letter)
Thank-you, Mary Agnes Burckart

Some of my facts are wrong. I posted the wrong year for Denny Hastard to be Speaker of the House. I said 1982. We did visit Denny Hastard in Washington and he was very gracious to our family of 3 teenage daughters and our 11 year old son and my husband and me. A reporter from channel 32, Fox did interview us to verify the information from my letters to you, dear Judge.

I am very frightened for Denny Hastard. The whole world of TV news is set to critize your future statement for is not being vicious enough. Fear not. The Almighty will forever guide you and guard you. In the Old Testament of the Bible, Moses was told to choose 40 men to become Judges of the people and God would guide them. That gift of good judgement is given to you to use for your people.

Wouldn't it be wonderful if you could imagine a useful way for Denny Hastard to use the rest of his life creating and writing stories aimed at vunerable teens aged 10-16 years exploring situations of choice. Each story, written from the point of view of the mother, the father, the siblings, and the gang and the judge seeking to "own" the teen
me

Dear Judge

Writing these series of books would allow him to use his extensive experience to help vunerable teens to identify with the fictional characters in his book. Our teenage children can discover what it is like to "do the wrong things and suffer the consequences." Writing the first book or first draft of the book and submitting it to you, to discuss it would be a rewarding experience.

Having time to think, and follow up by the action of writing about your experience is self-repairing, and needed for our teens. As a chicago teacher — I know that there is a dirth, a huge void of anykind of pre-teen books espousing good values, written at the 4th grade to 6th grade level, for vocabulary and content and sentence length, as paperbacks.

I'm sure Denny Hastards books can fill that vacumn. Give him a desk, paper, computer and pencil. Allow brilliance of a man, who has ~~wullne~~ experience loss of the public's admiration, the feelings of fear, hopelessness, recreate "goodness" and "usefulness." Whester at home or in jail, he will transend the physical place and align himselves with his story charters to solve social problems.

God is with you! be brave! Mary

M Burckart
1120 Church
Chicago, Ill

Judge Thomas M Durkin
Dirkson Federal Building
217 Dearborn
Chicago, Illinois
60604