**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 315 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| JOHN DENNIS HASTERT | ) | |

**LETTERS IN SUPPORT OF DEFENDANT JOHN DENNIS HASTERT**

Defendant John Dennis Hastert, by and through his counsel, respectfully submits the attached letters of support for this Honorable Court's consideration in connection with Mr. Hastert's upcoming sentencing. In furtherance of this submission, Mr. Hastert states as follows:

1. On March 10, 2016, defense counsel submitted to the United States Probation Office Defendant's Version of the Offense ("Defendant's Version"). In support of Defendant's Version, defense counsel attached, *inter alia*, 60 letters written in support of Mr. Hastert, inclusive of five letters that the respective authors had previously sent directly to the Court and that the Court thereafter posted to the CM/ECF system.

2. On March 14, 2016, defense counsel submitted to the United States Probation Office a Supplement to Defendant's Version ("Supplement"). The Supplement included, *inter alia*, three additional letters in support of Mr. Hastert.

3. On April 14, 2016, the Court entered an order providing that it would not consider any letters submitted in mitigation until and unless the letters were filed publicly. (Dkt. No. 80.)

4. Thereafter, counsel for Mr. Hastert endeavored to notify each letter writer of the Court's Order and to obtain authorization to file their respective letters publicly. In response, defense counsel received authorization to file 41 letters publicly; those letters are collectively

attached as Exhibits 1 through 41.[1]  This set includes letters that were previously attached to Defendant's Version and Supplement, letters that were updated after submission of Defendant's Version and Supplement, and letters not previously submitted.

5. To the extent that a letter writer did not respond to defense counsel or requested at some point after submission that the letter be withdrawn, defense counsel has not included those letters herein.

6. Defense counsel has redacted all personal contact information contained in the letters.  All such redactions are expressly noted on the face of the document.

7. For all these reasons, Mr. Hastert respectfully submits the attached 41 letters in support of Mr. Hastert for the Court's consideration in connection with the upcoming sentencing.

---

[1] Counsel for Mr. Hastert did not contact the authors of, and have not included as part of this submission, the five above-mentioned letters that were already filed on CM/ECF.  Those five letters are part of the public record.

Dated: April 22, 2016     Respectfully submitted,


      /s/ *Thomas C. Green*


Thomas C. Green
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, DC 20005
(t): (202) 736-8000
(f): (202) 736-8711

John N. Gallo
Geeta Malhotra
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(t): (312) 853-7000
(f): (312) 853-7036

*Counsel for John Dennis Hastert*

**CERTIFICATE OF SERVICE**

I, Geeta Malhotra, hereby certify that on April 22, 2016, I caused a copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Geeta Malhotra*