Mary Agnes Burckart
#3
page 3
page 1+2
in a previous letter

Judge Thomas Durkin
Dirksen Federal Building
217 Dearborn
Chicago, Ill

1120 Church
Glenview, Ill.
April 8, 2016
847-729-4082

Dear Judge Thomas Deerkin,

This *His* book writing would allow him to demonstrate his ability to hook into his vast experience and stop the train of evil and self-loathing. Yes, self loathing is the greatest punishment.

15CR315

FILED
APR 20 2016
April 20, 2016
Judge Thomas M. Durkin
United States District Court

Writing is a way to live on a new level.

Jesus rose from the dead and promised that we too will rise. Why wait? Denny Hastard will re-invent himself.

As an adjunct to a way to carrying out a sentence to write a book a month (first a book a week for 10 weeks) the Chicago Public Schools authorize a teacher to visit the home of children who cannot attend school for several weeks due to illness, to give homework and assess learning. A teacher from Chicago could visit Denny Hastard to review, correct and direct his authoring his books.

This teacher visit could include aspiring journalists from colleges, professors. Denny would also inspire the teachers to look deeply into their own lives. A win/win for all.

Take heart, the great Almighty has chosen you to help His children.

Mary Agnes Burckart

Judge Thomas Durkin  
Dickson Federal Bld  
217 Dearborn  
Chicago, Ill

Mary Agnes Birckart  
1120 Church St.  
Glenview Ill 60025-2929  
Glenview, Il

April 8, 2016

Dear Judge Thomas Durkin,

As you know writing reflects who the author is. Just as a mirror shows his visual looks, captured on a camera, or a fleeting glance in the store front window, writing allows a ⅋ vision into his welspring of goodness or not.

Good writing helps us, as a reader to join the author in his adventure. The first two chapters give us, the readers to know where we are, who is our guide, why we need to go quickly, where we are headed.

Denny Hastard could certainly do this.

A good story uses emotion to make the situation plausible — "feel real." Reader can feel the emotions and empathize with the character's choice, of roads to go. Some suceed, some allow failure.

I know this is a great way to spend your life!

Mary Agnes Birckart

I hope his sentence _____ is less about where + when (where home vs jail) + (when 6 months - ?) and more of accomplishment (writing stories at 4th & 6th grade level) and why (to harness his life learning) for vunerable students & parents) and work out his salvation.

Mary Agnes

M. Burkhart
1120 Church
Henning, IL
60035-2929

Judge Thomas Durkin
Dirkson Federal Bld.
217 Dearborn
Chicago, IL

INTAKE MC

60604