UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 15 CR 315 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| JOHN DENNIS HASTERT | ) | |

**INDEX OF LETTERS IN SUPPORT OF DEFENDANT JOHN DENNIS HASTERT**

| Exhibit | Names |
|---|---|
| 1 | Hastert, Jean |
| 2 | Hastert, Joshua |
| 3 | Hastert, Ethan |
| 4 | Hastert, David |
| 5 | Hastert, Chris |
| 6 | Anderson, Dale |
| 7 | Busch, Gregory |
| 8 | Chapman, Mike |
| 9 | Coulas, James |
| 10 | DeLay, Thomas |
| 11 | DeRousse, Theodore |
| 12 | DesCoteaux, Therese |
| 13 | DeWolfe, John |
| 14 | Doolittle, John |
| 15 | Dreier, David |
| 16 | Ewing, Thomas |
| 17 | Fahner, Tyrone |
| 18 | From, David |
| 19 | Goines, Gary |
| 20 | Goss, Porter |
| 21 | Jarman, Thomas |
| 22 | Kapple, David |
| 23 | Karpiel, Doris |
| 24 | Klatt, Tom |
| 25 | Kocher, Leo |
| 26 | Lowther, Frederick |
| 27 | Martin, Nancy |

| | |
|---|---|
| 28 | Morrell, Helen |
| 29 | Mueller, Arnold |
| 30 | Oxley, Brian |
| 31 | Probst, Jeff |
| 32 | Randall, Richard |
| 33 | Richmond, David |
| 34 | Ritchie, Joseph |
| 35 | Scrima, Jeff |
| 36 | Singleton, Robert |
| 37 | Thompson, David |
| 38 | Tos, Travis |
| 39 | Vickery, Anne |
| 40 | Wall, Rachel |
| 41 | Wendelberger, Kelsie |