# Exhibit 1

Jean Hastert
Redacted

March 2, 2016

The Honorable Thomas M. Durkin
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Durkin,

I write in support of my husband, Dennis Hastert.

Denny and I have been married for almost 43 years. I have known him almost my entire adult life and I have never known a more honorable and devoted man.

He has spent his life in the service of others. He has always been selfless with his time and talents and has been incredibly devoted to the success of others. If one of his students or wrestlers ever needed anything of him, he would be there for them, and he was never happier than when he could watch someone he helped succeed. I really think that is how he viewed his own success—through the success of those he helped achieve their success. That was the way he was as a teacher with his students. That was the way he was as a wrestling and football coach with his teams. And that was the way he was with his colleagues in Springfield and Washington.

I also believe that, given the time and if his health improves, he will continue to help others and find ways to give back to his communities. It is what he has always done and it is what he loves. Even up to last summer, he was busy working, helping teach college courses at local schools, or volunteering his time to one cause or another.

Denny's selflessness has not been without cost, however. Because he spent so much of his career away from home helping others, we always looked forward to his retirement so that we could spend more time together. Now, with his failing health, I worry about how much time we will ever get together. I am particularly worried that if he is taken from his home and the care he needs, his health will continue to deteriorate.

This has taken a terrible toll on our family. Please consider us when determining an appropriate sentence. Thank you.

Sincerely,

*Jean Hastert*

Jean Hastert