# Exhibit 3

Ethan A. Hastert

**Redacted**

March 2, 2016

The Honorable Thomas M. Durkin
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Durkin:

I am writing in support of my father, J. Dennis Hastert.

To be sure, criminal proceedings take a toll on all defendants, their friends, and their families. However, here, the defendant is a man who has devoted nearly his entire life to serving his community and family. Most who know him (professionally or personally), know him as an honest, hard working, approachable, public servant, and loving husband and father. I believe many of the people who have known my father best over the years were shocked, like me, to learn of these allegations and the resulting plea. That is, perhaps, because we know my father as the man who has done so many wonderful things for so many.

My father has always been a role model to me, and many of the important lessons that I have learned in life, I learned from him. He taught me humility by living a humble life. He was never one to get caught up in the trappings of his position in government. Even as Speaker, you were just as likely to see him at the coffee shop in town as you were to see him on the Sunday morning talk shows. My father worked a lot as I was growing up and was often away from home. However, our home, as my father has always been fond of saying, was on the Fox River, not the Potomac River. To me, that was more of a life lesson than a geography lesson. It was his way of saying that you should never take yourself too seriously, never forget where you came from, and never forget the people who helped you along the way. He certainly didn't.

Despite not being able to be home every night during the week, my father was there when he was needed most. He never missed a little league or high school football game. He was there to take me on college visits and he was never too busy to take me fishing, rain or shine. A couple of times a year, he would get tickets to the Chicago Auto Show or a Cubs, Sox or Bulls game. Rather than use them for himself and his friends, he would let me invite four or five of my friends and he would take us all to the game and for burgers or pizza afterward. Now, as a father myself—also with a career that demands a lot of my time—I can truly appreciate and admire the way he made time for me.

March 2, 2016
Page 2

After college, I took a job in Washington D.C. and got to spend a lot more time with my father. To save money, I slept on the couch at the house he kept in Washington. With his having been away much of the time growing up, it was a wonderful opportunity to see the other part of his life. And, it was during those couple of years that I saw firsthand my father's devotion to this country. For instance, I was with him for most of the day on September 11, 2001. I saw him work with the other leaders in the House and those in the Senate to secure the safety of those who worked on Capitol Hill. I also saw him fight the proclivities of others to politicize the 2001 anthrax attacks rather than focus on the safety of those who worked on Capitol Hill.

After he retired from Congress, my father still gave selflessly of himself, including teaching classes at local colleges. On a couple of occasions, I joined him to help teach some of those classes. One was a class on government and my father would bring in guest lecturers from various areas of federal, state and local governments. I was invited having served on my local village board. It was interesting to talk to the students afterward, because almost all of them told me how grateful they were for the time and effort that my father put into those classes—for nothing more than the pleasure of doing it.

There are many examples like that. For instance, not too long ago, he drove out to a small town not too far from Rochelle, Illinois to give a flag to a young man who had recently graduated from Wheaton College and was joining the military. My father, having heard of his decision, had a flag flown over the U.S. Capitol on the day he accepted his commission. He drove out to the young man's home to present him with the flag and to thank him for his decision to serve his country. Indeed, my father has spent his life doing things for other people that he had no expectation of getting anything for in return. Perhaps that is why this past year has been so difficult for him. Irrespective of the sentence he receives from this court, it cannot compare to the devastation my father has already experienced. Given enough time and if his health permits, I believe he still has a lot of good left he can do, and he certainly is not in any position to commit any other illegal activity.

Many of my father's closest friends and family stand by him and will continue to do so. Surely, like me, they remember all of the good he has done for them, our communities, and this country. Many others will remember him only for this chapter in his life. They will ignore the good he has done. Please, as you consider his sentence, keep the charges in perspective as compared to all the good my father has done in his life.

I also ask that you consider my father's failing health. The events of the past several months have been ruinous in many ways but perhaps most so on my father's health. Since his plea, his heath has deteriorated significantly. He requires near-round-the-clock care and seldom travels away from his home except for medical appointments. It is possible that his health will improve in the near future (indeed, I hope and expect that it will), but at this point he has made little progress along his road to recovery.

March 2, 2016
Page 3

    Finally, I want you to know that my four children have grown especially close to my father. They enjoy spending time with him at his house and they especially look forward to spending time with him at our cabin in Wisconsin during the summer. They would be heart broken if that were taken away from them.

    Because of all the good my father has done in his life and because of the impact that this has had on us as a family and on my father's health, I ask that you impose a sentence of probation.

Sincerely,

Ethan A. Hastert