# Exhibit 4

To Whom it be Concern

~~My name is Dave Hastert~~, I'm writing in regards to Dennis Hastert. Denny is my older brother by 5 yrs.. I see him on a weekly basis, now that he out of hospital. I know his sentencing is coming up soon. I'm pleading for you to give him probation. Denny, with his health issues, he's locked within his own prison. He needs 24 Hr assistance, getting out of bed, dressing and everything we all do ~~~~ on a daily routine. Denny ~~will~~ never drive, mow his grass (which he enjoyed), never do any of the simple pleasures he use to enjoy. Denny is 74 yrs., his care taker a close friend is in his 80's (How long can that last). He's looked down upon by the county + a lot of people, who came to him in the past for help (and not for what he being charged with), now no one ~~~~ wants anything to do with him.

Depression, that's going to set in sooner or later. Live your life in a wheelchain, part-time in a walker, if your legs don't give out, diabetics, someone always has to be watching over you. That's not much of a free life, THAT's prison. If it were me, I'd be wheeling that chain to the highway, and waiting for a semi.

Dale Hastet