# Exhibit 5

Judge Durkin,

Denny Hastert is my oldest brother, being twelve years my senior. My earliest memories are of Denny dropping me off at first grade, before going to his senior year of high school. Growing up, Denny always was busy it seems, working, school, and various summer projects with the YMCA, teaching and coaching.

Over the years I have helped with Denny's campaigns, when I could. Distributing literature, putting up signs, and driving him to events. The ground swell of support for him was amazing. People talked to him about their concerns and problems. Denny always did what he could to help and followed through with what he said.

I have lived in a few areas of the country. I have taught school, sold groceries and furnaces, and ran restaurants. When people note my name and connect me with Denny, it has always been positive . People are proud of him for what he has done for the area he represented and his country. I am very proud of everything he has done for his country and family. Please consider his years of service in your decision.

Sincerely,

*Chris Hastert*

Chris Hastert