# Exhibit 6

February 20, 2016

The Honorable Thomas M Durkin
United States District Judge
Everett McKinley Dirksen United States Courthouse
219 South Dearborn
Chicago, IL 60604

**Redacted**

Dear Judge Durkin:

I am writing this letter in support of Denny Hastert as he appears before you for sentencing.

I have been a friend of Denny's for about 50 years.

I first knew Denny because of our mutual love for amateur wrestling. I was national champion, and Denny coached a state championship team about the same time.

I went to the University of Virginia law school back in the '70s and have enjoyed working in every area of law including prosecution, defense and civil litigation. I am now semi-retired, spending most of my time helping peace officers to understand the Constitution.

Back in the '90s Denny asked me to work with him in Washington and advise him on legal issues as he was not an attorney. I was happy to do that. I served him and several committees as investigative counsel for about three years.

During my professional career I have been involved in many legal and political situations that were very contentious. Washington was worse than any I ever imagined. This is where Denny comes in. Although Congress created (and creates) an atmosphere that is way beyond acrimonious and petty, I never knew one person in Congress who did not hold Denny Hastert in the highest regard for his ability to rise above the pettiness and to treat everyone with dignity. I would venture to say that most considered him a friend. That is why it is so easy to understand why his colleagues voted him Speaker of the House. He got along with everybody.

I believe that no one in Congress would ever think Denny would do anything immoral, unethical or wrong. Virtually every member of Congress who was interviewed by the media about this criminal proceeding was shocked that he would be involved in anything involving moral turpitude. I would be amazed if you were to receive a bad word about Denny from any Congress-person.

I got to know Denny much better, as his confidant, while I was working for Congress. During the three years I was on the Hill I never heard one word out of his mouth that was untoward. And I would swear on the Bible that I never saw him do one thing that was unethical or immoral.

In fact, I was always impressed by his character and kindness in his personal life. I don't want to overstate this, but I want to say in this regard, by illustration, that Denny treated everyone he encountered the same, with dignity. The janitors who cleaned his office were always treated exactly the same as his colleagues – friendly and with great respect. That quality and his kindness always impressed me, as to me, those traits were the marks of a good person.

In closing, I would ask you to look into your heart and have mercy. Everyone has done wrong. I think Denny has been aptly punished for whatever he has done wrong. Recently, there were rumors that Denny was even on his death bed. This prosecution has had a hard and heavy effect on his life and will haunt him in one way or another till the day he dies.

Thank you for your consideration of my appeal for mercy and those of the many others who also care for, and about, Denny.

Sincerely,

*Dale Anderson*

Dale Anderson