# Exhibit 7

14 February 2016

The Honorable Thomas M. Durkin
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

RE:  J. Dennis Hastert

Dear Judge Durkin:

I am writing to ask that whatever discretion you have in sentencing J. Dennis Hastert be informed by a recognition of his many positive acts -- and by the compassion in your heart.

I worked for "Denny" as a staffer, both in Springfield and in Washington, DC beginning over 30 years ago.  When we met, I ran a State legislative study commission, and he was a junior member of the minority party in the House.  But he was very well-liked by members of both parties, and soon became the chairman of that commission.  We were charged to "re-write" the Illinois Public Utilities Act in 1984.  And within a year, Denny's concern for consumers combined with his political leadership skill led to enactment of nationally recognized policies.

Perhaps more importantly during his Springfield years, Denny handled the Governor's budget in the House.  As I'm sure you can imagine, or know from your brother, this is a very complex task that requires skillful compromise.  But one thing Denny didn't sacrifice in those compromises was the programs to help families -- a superior quality I've always admired in him.

After Denny became a US Congressman, he brought me to DC on several projects, including a search for improved access to health and medical care services.  The only guidance he gave me was to be honest to the values we shared, despite our political differences, for the betterment of ordinary people, like his mother and mine.

My work with Congressman Hastert ended when he became the Speaker.  But our friendship didn't end.  Like so many of his friends, I was surprised and heart-sick when the news about his recent problems emerged.  It is a shame that his many contributions have been overshadowed at this time in his life.

Thank you very much for considering my note.

Gregory K Busch

Redacted