# Exhibit 8

_Mike Chapman_  **Redacted**

February 20, 2016

To U.S. District Judge Thomas Durkin:

This letter is in regard to Mr. Dennis Hastert, who I have known for nearly thirty years, dating back to 1988 when I was named executive editor of The Telegraph newspaper in Dixon, Illinois. Dennis was our district congressman and he came to my office for an introductory meeting.

Over the ensuing years, I feel I got to know Dennis Hastert very well. We had numerous meetings about a variety of topics, including our mutual love for wrestling. My son, Jason, served as a page for Congressman Hastert in the summer of 1996 and later worked as an intern for him, and then in 2002 was hired as a fulltime assistant in the Speaker's Washington D.C. office.

Jason now works for the Republican caucus in Des Moines, Iowa. He greatly respects the former speaker and feels it is, to a large degree, that association which caused Jason to embark upon a career in the world of politics.

In 2002, I retired from a 35-year newspaper career, my last position being publisher of the daily newspaper in Newton, Iowa, a paper in the Shaw Newspaper chain headquartered in Dixon. I am now an author with 28 published books to my credit, and I have met a number of outstanding people during that time. I rate Dennis Hastert among the finest men I have known.

Our entire family has had a wonderful relationship with Dennis Hastert for over two decades. He has been a stalwart in defending many of the principles that have made this country great and he has played a very positive role in the lives of many students and associates. It is my fondest hope that the court will look upon his long, outstanding career when it comes time to judge him.

With deepest respect, I am sincerely yours…

*Mike Chapman*
Mike Chapman