# Exhibit 10

To the Honorable Thomas M. Durkin:

My name is Thomas D. DeLay. I served for 22 years in the U.S. House of Representatives. When the Republicans took the majority in 1995, I was elected by my colleagues to be the Majority Whip. Dennis Hastert was appointed by me to serve as Chief Deputy Whip, essentially my right hand man. I have known Dennis Hastert for almost 30 years, and I have worked side by side him for 12 years. I have observed him in many different and difficult situations. He has never disappointed me in any way. He is a man of strong faith that guides him. He is a man of great integrity. He loves and respects his fellow man. I have never witnessed a time when he was unkind to anyone. He is always giving to others and helping anyone including me so many times.

When Speaker Hastert became Speaker of the house and I became Majority Leader, he started a bible study every Wednesday at lunch. It was just me and him and Charlie Wright (a pastor). It was a very personal time for the three of us. We held each other accountable and we studied God's word and applied it to where we were at that moment. Nothing could have been more intimate between us. So I know his heart and have seen it up close and personal. We all have our flaws, but Dennis Hastert has very few. He is a good man that loves the Lord. He gets his integrity and values from Him. He doesn't deserve what he is going through. I ask that you consider the man that is before you and give him leniency where you can. Thank you.

Sincerely,

*Tom DeLay*

Thomas D. DeLay