# Exhibit 11

The Honorable Thomas M. Durkin            2/20/2016

My friendship with Dennis Hastert began when our parallel courses in wrestling intersected in the early 70's. Denny was involved with the National Coaches Congress as a volunteer and was elected president of that organization. I was working as a volunteer with the United States Wrestling Federation as the State Chairperson of Illinois. Both were national organizations that had nothing to do with our personal high school teams but worked for and with coaches and wrestlers in the promotion of wrestling state wide and nationally.

Our organizations both promoted the values and benefits of wrestling and worked to better prepare athletes of all ages to compete in the international styles of wrestling.

The importance of this background is that Denny worked beyond his own team and personal recognition for the good of the sport and the benefits it taught the young men.

This is the Denny Hastert I know, a man who cares more about others than his own personal gain. Coach Hastert was a positive influence in the lives of hundreds of young men as a coach, an administrator and a teacher helping many individuals reach their goals in wrestling and, more importantly, in life.

Coach Hastert and I traveled to many tournaments and also administered many tournaments with the goal in mind of making them a good experience for wrestlers, coaches, parents and fans. I do not remember any time that Denny outwardly criticized an official or berated an opponent. He was the model of sportsmanship and professionalism. I remember him congratulating the opponent of one of his wrestlers after he won and the wrestler commented, "I wish my coach was like that".

My purpose in writing this letter is to express to you the depth of caring that this man has had for the youth of our country. Leniency in his sentencing is deserved.

Theodore J. DeRousse Jr.

**Redacted**