# Exhibit 12

The Honorable Thomas M. Durkin

United States District Judge

United States District Court for the Northern District of Illinois

May it please Your Honor and this Honorable Court:

It is with great sense of urgency, heartfelt dedication and deepest respect that I humbly submit this communication to Your Honor and this Honorable Court upon the behalf of John Dennis Hastert.

Knowing Denny Hastert in-excess of thirty-five years, and being in near-daily contact with him throughout all of his service in public life, I have experienced at first hand, both publicly and privately, the depth of sincerest dedication to constituents, to community, to country that comes from the very core of a gentle, good, and humble man. Across all the decades of my association with a man whom I was proud to support, through my advice, encouragement, hard work, as well as constructive criticism, I saw a gentleman in Denny Hastert whose very personal motivation was to make government an honest, impartial servant of its people – and bring strength to the voices of those whom otherwise would have gone unheard. I saw a man who truly cared, and I saw a man who in his heart was not in politics to be somebody. He was in politics to make a difference, and to do the right thing.

The circumstances which have brought Denny Hastert before this Honorable Court have with them brought harm of seemingly irreparable magnitude, not only to him, but pointedly to his devoted

wife, his children, an extended family, life-long friends, and those who held admiration for his decades of honorable service as their voice in government.

The deeply intense, personal nightmare of a mistake, its aftermath, and its portent for the future, delivers ever-present retribution that drips upon the heart and forever pains the spirit of a transgressor with a conscience – who now has arrived at clear vision of the wrong that was done, and breathes unyielding remorse for any variance taken outside what is right, what is just. Denny Hastert shall live each day of those remaining with the anguish brought by action that should not have been taken.

It is my prayer that Your Honor, and this Honorable Court, while holding him accountable, will rule to allow him to remain in the continual presence of his family, those who deeply love him, that he and they together may progress towards healing, spending remaining days in reverence of God's Grace and the power of redemption.

With utmost respect,

*Therese G. DesCoteaux*

Therese DesCoteaux

[Redacted]

February 24, 2016