# Exhibit 13

The Honorable Thomas M. Durkin
United States District Judge for the
Northern District of Illinois

Your Honor:

    My name is John A. DeWolfe. For thirty one years I worked for the United States Capitol Police, and, for eight of those years I was the Agent-in-Charge of Speaker-of-the- House, Dennis Hastert's protection detail. In that capacity I traveled throughout the country with the Speaker and observed him interacting with Presidents, Kings, Queens, heads of states and other world leaders. However, more than anything else, he enjoyed returning to his home town and just being Denny.

    I do not want to talk about his many accomplishments as Speaker (others will speak to that). I would rather tell you what I have observed first hand, the little things that the public and his colleagues would never know. When he would return home he wanted his life to be as normal as possible. If he had his way, his protection detail would stay in Washington. Much to his regret, that was not possible. When at home he loved to run errands such as visiting the local Walmart to pick up a few items. Invariably it would turn into a four hour event as he loved to talk with and listen to everyone he would meet along the way. He may not have been able to solve their individual problems but they were always grateful that he took the time to listen to them. This would occur everywhere he went. At these times, you would never know he was the Speaker of the House of Representatives of the United States.

Before he became Speaker, he had his phone number and address published in the local phone book, and he would answer the phone himself and talk to anyone. Due to the increase in phone calls from people calling from all over the country (at all hours), we, the Capitol Police made him change his phone number and have it unlisted. He didn't appreciate the fact that we had to limit this one avenue of direct access to his constituents. He wanted them to know he was always available to them.

    On 9-11, while at the undisclosed location, I observed him bring the House and Senate Leadership together in a way I have never seen before. He never cared if he got credit for his accomplishments, only that the job got done. After 9-11, he visited ground zero, unannounced, at night and without the press or fanfare so he would not take away from the recovery mission. He would often go to Bethesda Naval Hospital and visit the wounded Marines and Sailors who were returning from the battlefields in Iraq. After these visits he was even more determined to make sure the men and women who serve this country got the resources necessary to do their jobs and the means to support their families. He would walk the inner city streets with Members who represented those districts and commit to helping them fund their much needed projects. He would listen to everyone. If he would ask Members from his own party to support a bill that that was important for his party, and if they would tell them it wasn't right for their District, he would encourage them to represent the interest of their district even if would prevent passage. He truly believed in what Tip O'Neil famously said that "all politics is local". Even if he could not get the support he wanted from certain colleagues, he would still go into their districts to campaign for them.

    One day in 1998, the Speaker's wife was in his Capitol Office inside the suites of Congressman Delay when a gunman came in and starting shooting. The Detective assigned to Congressman Delay told her to get under the desk and moments later that same detective lost his life in the exchange of gunfire. Speaker Hastert has always had the greatest respect for law enforcement. He has always been so supportive and appreciative of the job that they do. Wherever he traveled in this country, he would never leave an event without personally thanking each law enforcement person who helped support the Capitol Police. This is why I was so surprised to learn that he had been charged with lying to the FBI, it's not the Denny I knew.

    I cannot comment on the specific charges, all I ask is when sentencing Speaker Hastert you take into account all the good he has done for his community and for his country.

    I truly appreciate this opportunity to offer these personal observations of the character and good works of Speaker Hastert. He was wonderful to work with. I am very fond of him.

Sincerely,

*John A DeWolfe*

John A. DeWolfe