# Exhibit 14



## JOHN T. DOOLITTLE
*Member of Congress (1991-2009)*

February 24, 2016

The Honorable Thomas M. Durkin
United States District Court Judge

Dear Judge Durkin:

Subject: Sentencing of Hon. J. Dennis Hastert

I first met Mr. Hastert in late 1990 after the November elections at which I had been elected to office as a United States Representative from California. It was following the 1994 election, however, when Rep. Tom DeLay became Majority Whip and Denny Hastert became Chief Deputy Whip and I became one of approximately seventeen Deputy Whips that we became much better acquainted as we worked together every week that the House was in session, having two meetings per week with the Deputy Whips and then separately with all the Deputy and Assistant Whips (which were approximately 65 in number). The Deputy Whip meeting typically lasted one and one-half – two hours during which we all spoke frankly as we reviewed the items due to come up in the House for that week and the actions that needed to be taken in order to assure passage off the floor of the House for the legislative items due to be considered.

These meetings went on over a four-year period through the end of 1998. In January, 1999, J. Dennis Hastert was elected Speaker to succeed Newt Gingrich. Following the November election in 2002, I was elected Secretary of the House Republican Conference, the sixth ranking Republican position in the House. In this capacity I had weekly leadership meetings (lasting one and one-half – two hours) with the Speaker and the other elected leaders and some appointed leaders. I continued in this position through the end of 2006. In January 2007, the Democrat Party became the majority party in the House and Rep. Nancy Pelosi replaced Denny Hastert as Speaker.

During my interactions with Denny Hastert I found him to be a man of integrity and widely respected by all members of the House. He was often referred to as, "Coach" and was a Member's Member, meaning that he looked out for the interests of the institution of the House and for the prerogatives of Members. During his tenure he always made sure that Congress awarded Members their annual cost of living adjustment authorized by statute but required to be adopted each year by Congress by a recorded public vote. Several years went by without this cost of living adjustment during the tenure of his predecessor. For the shrinking group of Members who were not independently wealthy such as myself, we especially appreciated his concern for us and for the institution. In all my interactions with him, Denny Hastert was humble and treated people fairly and with respect. He was a graduate of Wheaton College and

**Redacted**

The Honorable Thomas M. Durkin
United States District Court Judge
Page 2 of 2

reflected the Christian values of that institution in all my observations. I always admired him for his down-to-earth manner and style of leadership. I always believed him to be a man of high moral character and one in whom I had a high level of trust. During the time that I served with him I never saw anything or knew of anything to counteract these impressions.

My wife, Julie, and I were invited by Speaker Hastert to take an official trip to South America with the Speaker and his wife, Jean, and several other Representatives and their wives and some staff members. I also had the opportunity to meet his son, Ethan, during these years. They were a great family with strong family values, and we felt grateful to enjoy their friendship.

Given the conviction, which has occurred I would hope that the many good things that he did and the strong character traits that he repeatedly exhibited over a long period of years and his faithful service to the people of Illinois both as a state representative and as a United States Representative might be taken into account as you decide what sentence to impose.

Sincerely,

*John T. Doolittle*

John T. Doolittle