# Exhibit 15

Dear Judge Durkin:

Thank you for reading my letter.

I write to tell you that Dennis Hastert is one of the most dedicated and hard working public servants I've known.

I met him three decades ago when he joined me in the Congress. We became friends, in part, because my sister and brother in law were constituents of Denny's. Over the years he and Jean welcomed us into their home.

When Denny became Speaker I was privileged to serve as Chairman of the House Rules Committee, the traffic cop for virtually all legislation as it moved to the floor of Congress.

During those years our friendship grew and I gained even more respect for him.

More than a decade ago we established the House Democracy Partnership which has worked to strengthen legislative bodies in new and reemerging democracies across the globe. It's an important part of his long list of accomplishments. Colombia was one of our partner countries. His efforts to transform that country are widely recognized.

While Denny always worked hard, he has had serious health problems with which you are certainly familiar.

Dennis Hastert is my friend and he has done many great things for countless individuals and our nation.

Thank you for taking these things into consideration as you proceed with your deliberations. Thank you, too, for your public service.

Respectfully,

David Dreier
Member of Congress
1981-2013