# Exhibit 16

**Thomas W. Ewing**

Redacted

The Honorable Judge Thomas M. Durkin
U.S. District Judge
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

February 19, 2016

Dear Judge Durkin:

I appreciate the opportunity to communicate with you about the Honorable Dennis Hastert. I was a member of the Illinois Bar for 46 years with most of my practice in Livingston County, Illinois. During that time I served 17½ years in the Illinois House of Representatives and 9½ years as Congressman from Illinois' 15th District, most of that time serving with Denny Hastert.

In addition, both in Springfield and in Washington, DC, we shared living quarters during the legislative sessions. I think most of our colleagues would say Denny and I were the closest of friends. I promoted him for Speaker of the U.S. House and he provided me with a special office in the Speaker's quarters of the U.S. Capitol.

Denny Hastert's rise to prominence started in the Illinois House where he took on chairmanship of the committee to rewrite the Illinois Public Utilities Act, a job most seasoned legislative leaders shied away from. Denny was a master of bringing diverse sides together on an issue to achieve a compromise which would serve the public and our state.

He brought this same talent to his expanded duties as a U.S. Congressman, as Chief Deputy Whip, and as Speaker of the U.S. House. With his achievements during his record-setting years as Speaker, he ranked with the greatest of our former Speakers, bar none.

Denny Hastert and I were as close as brothers, sharing our goals, ambitions, and our family life, both the ups and the downs. I know him as a man of faith, integrity and honesty. He was an extremely hard worker, always willing to extend a helping hand to others.

In closing, let me say that I can think of nothing more devastating to my friend than the current cause of action before your court. He cherished his reputation and legacy but even more he mourns the suffering and trauma it has caused his wife Jean, and their two sons, Joshua and Ethan.

Thank you for the consideration of my remarks.

Thomas W. Ewing

U.S. Congressman (IL-15), Retired