# Exhibit 17

MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

**Tyrone C. Fahner**
Direct Tel +1 312 701 7062
Direct Fax +1 312 706 8622
tfahner@mayerbrown.com

March 8, 2016

The Honorable Thomas M. Durkin
United States District Court
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Re: J. Dennis Hastert

Dear Judge Durkin:

I have known Denny Hastert for more than 30 years. We have been social friends as well as political friends and allies. I have supported him in each of his campaigns for Congress. I admire him for his strong and principled leadership of our country, both before and after 9/11. He served as the longest serving Republican Speaker of the U.S. House of Representatives and did so with decency, strength and honor. He was, and is, widely admitted by the members and leaders of both political parties with whom he has served.

Without respect to whatever actions brought him before the Court, I urge the Court to consider them in the context of the rest of his life, and, in particular, what he has done for our Country and for each of us in unselfish and dedicated service.

Whatever conduct is alleged, I know Denny as a kind, strong, principled, and unselfish man. I urge the Court to permit him to live the rest of his life in freedom with his family and friends, and all of those who love and admire him. I wish to be counted among them.

Best regards,

Tyrone C. Fahner
Partner / Former Chairman

TCF/gaf

Mayer Brown LLP operates in combination with other Mayer Brown entities (the "Mayer Brown Practices"), which have offices in North America, Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.