# Exhibit 18

March 15, 2016

The Honorable Thomas Durkin
Dirksen U.S. Courthouse
219 S. Dearborn St.
Chicago, IL 60604

Dear Judge Durkin,

I am writing to convey my support for appropriate leniency in the sentencing of J. Dennis Hastert.

I had the pleasure of working for and with Denny for six years, first as his campaign manager and later as a consultant after he left public service. My extended family had also gotten to know Denny socially, so I had the opportunity to know him in professional and social environments over a number of years. In all situations, he was kind, respectful, honest and genuinely interested in others.

It was no accident that the people of his congressional district didn't call him "Speaker Hastert," they called him "Denny". As I traveled with him throughout his district, I learned why that was true. He genuinely took interest in the lives of the people he met in the communities of the 14th District and he worked to help them. He really represented their interests in Washington because he was one of them and that's who he wanted to be.

Denny always treated his team with respect and professionalism, but also fostered a sense of family among the staff. When the district staff team was in DC, he took us out to dinner. He hosted gatherings at his house for our families, even driving the tractor for the family hayride through the property. We were proud to work for the Speaker of the House, but we were loyal to Denny because he earned our respect and admiration. The leadership of his organization reflected the values he embodied- humility, respect for others, hard work

That's why when reports of the alleged wrongdoing came to light, it was a complete and utter shock. It runs so counter to the man for whom we worked. While he may have done wrong, Denny Hastert has done so much good for his nation, his state and his community. My experience says that he did this because he genuinely cared about his neighbor and embodied the calling he gave his life to- public service.

Thank you for your consideration of these thoughts as you make your important decision.

Regards,

David W. From

Redacted