# Exhibit 19

TO: The Honorable Thomas M. Durkin

FROM: Gary D. Goines

Dear Honorable Thomas M. Durkin:

I am writing this letter of support for the Former Speaker of the House Dennis Hastert. I am a retired U.S. Capitol Police Supervisory Special Agent and was assigned to the protection detail of Speaker Hastert for over six years. Speaker Hastert has always displayed an exemplary character with his staff and protection detail. Speaker Hastert has always carried himself in a professional manner and showed respect for all individuals he encountered. He is a family man and always displayed love for his family. Speaker Hastert would travel home every weekend just to spend quality time with his family and constituents. Speaker Hastert and his staff always went above and beyond in assisting others. He had a full staff in his district office that handled community concerns and issues. Speaker Hastert was always very active and respected in his hometown and in the community. I remember once in Sacramento, CA in which Speaker Hastert participated in a Habitat for Humanity event. This event was scheduled at night in one of the highest crime areas of Sacramento, but Speaker Hastert felt a commitment to participate in this community service event. It is an honor to give a brief character reflection of the former Speaker of the House Dennis Hastert.

Sincerely,

*Gary D. Goines*
Gary D. Goines