# Exhibit 20

# Porter J. Goss

February 13. 2016

Hon . Thomas M. Durkin
   United States District Judge
   Northern District of Illinois
   Everett McKinley Dirksen Courthouse
   219 South Dearborn Street
   Chicago, Illinois 60604

Re: John Dennis Hastert

Dear Judge Durkin:

   I write in support of J. Dennis Hastert, former Speaker of the United States House of Representatives.

   As a new Member of Congress in 1988, I first met Rep. Hastert and we soon became friendly colleagues working on legislation of common interest, notably health care. He helped show me the ropes and provided sound guidance which I relied on throughout my 16 year Congressional career. His hallmark was solving problems, as opposed to noting them, and he early on earned the respect of colleagues for his

Redacted

affable and effective working style. The manifestation of that respect led to his elevation to the Speakership of the House of Representatives in a spontaneous outpouring of support as THE Member who could lead the House out of its troubles at a dramatic time of leadership turmoil. He subsequently became the longest serving GOP Speaker of the House.

On the dreadful day of 9/11/2001, I was at the Speaker's side much of the time. As Chairman of the House Permanent Select Committee on Intelligence, I advised him on developments as best I could, but certainly there were many more questions confronting us than answers. For starters, evacuation of the Capitol was an urgency. The Speaker's calmness, steady confidence and quick comprehension of the magnitude of events set the example. Standing in his office looking down the Mall at the smoke and flame coming from the Pentagon, the Speaker quietly replied to me, "yes, we'll leave at once, but I am going to open the House Session so the chaplain can say a prayer." The Record will show that happened even while the hijacked aircraft targeting the Capitol was still in the air.

After the frustrations of spending that day at an "undisclosed location" with little useful information on which to base decisions and conclusions, the Speaker led us back to the Capitol to rally our colleagues and the country from the East steps. He led a moving, emotional scene perhaps best remembered for those gathered booming out "God Bless America" as a message to all, "we are here and we aren't leaving". I know it was comforting and reinforcing to a worried and confused America.

In the days, months and years that followed 9/11, the Speaker made changes and took steps that continue to benefit us. In terms of enhanced security, increased transparency and better focus on international matters, he propelled the House into the 21st century. His personal attention to the global war on terror was remarkable; he initiated weekly intelligence briefings for himself and top House leadership and his support brought critical dollars to rebuild our intelligence capabilities. I believe I can fairly speak for the Intelligence Community that we are deeply indebted to Speaker Hastert for his commitment and judgment when it mattered.

The contributions the Speaker made through his travels to advance respect for the American flag and prosperity for "Brand USA" are numerous. I can attest to meetings from Moscow to Istanbul to Santiago and places in between where he strongly engaged on behalf of United States policy. I also watched him impress and persuade foreign Dignitaries in his Capitol Hill office; he was both teacher of and icon for our form of Democracy. His wisdom in promoting and enabling more global "parliamentary" contacts yields dividends to this day.

I left the US House somewhat abruptly in 2004 to serve in the Executive Branch at President Bush's request. The Speaker graciously supported that move even though it meant disruption for the House Intelligence Committee at a sensitive time. Our workday paths parted, but we have remained friends with occasional meeting since. In all the time I have known the Speaker, I have never seen him put his self-interest ahead of his official responsibilities. Indeed, I believe the job itself has taken a physical toll on him as I recall many days full of vexing problems followed by very-late-night, stressful decision making.

Perhaps, the Speakers greatest gift to the House was trust. My belief is that Members found him very approachable and took him at his word. I know many viewed him as "Mr .Main Street, America" – a rock solid guy with center of the country values. As a leader, he instinctively navigated through perplexing problems and opinionated personalities by considering all sides. That, coupled with his reputation for integrity, led to a lot of positive outcomes. Sadly, without his good influence today's House of Representatives appears diminished.

I forward these thoughts, Your Honor, to affirm that there are those of us who know first hand that J. Dennis Hastert has piled up quite a list of positive achievements as a public official over the years. His hard work and easy manner earned great respect. If these views are appropriate to your deliberations, I wish you to know they are sincere and heartfelt.

Most respectfully,

Porter J. Goss