# Exhibit 21

February 29, 2016

The Honorable Thomas M. Durkin
U.S. District Judge
United States Courthouse, Clerk's Office
219 South Dearborn Street
Chicago, IL 60604

Re:   U.S. v. Dennis Hastert, 15 CR 315

Dear Judge Durkin,

I am writing to you in regard to the above mentioned case as a life-long friend of J. Dennis Hastert.

I was a seventh grader when my family moved to Oswego, Illinois. I came to the small farming town from a city school, and I arrived with an 'edge.' Denny was one of the few people who extended unconditional welcome to me and that was critical in my adjusting to my new culture. He did that for not only me, but other students who came into the rapidly changing community. And then he continued to extend that hospitality to people in need for the rest of his life.

It is difficult to understand how someone with his compassion and love for people has arrived at this juncture in his life. His care and enjoyment of people is translated into consistently demonstrated love for his family, his friends, his constituency, his country, and his God. He has been careful to listen and understand the varied people that came into his sphere of influence and quick to defend them. His life pattern has been to choose the 'high ground', standing for truth, compassion, and responsibility. He also was constantly aware of the need to protect his family from the inevitable attacks that some of his policies, endeavors, and accomplishments incurred.

That framework of values guided a life of extraordinary accomplishment from teaching and coaching success to State leadership, Congress, and into the Speakership of the U.S. House of Representatives. His life was one of striving for excellence in what he did, achieving uncommon success and recognition by virtue of the fact that at every stage of his life he was pressed into positions of leadership by his colleagues. He served as Captain, as Coach, as President, as Congressman, as Speaker; and in all his endeavors seeking always to serve those he led.

The specific success of his endeavors is easily researched. More importantly, in all those endeavors he was respected for bringing people to consensus. Perhaps it was because he was such a good listener. He, in fact, defined his ultimate job in leadership as 'The Listener of the House.' He was known for reaching across the aisle and across borders to bring people together. He did so with enthusiasm and energy. Unfortunately, his energy has been severely challenged in recent times.

The issues at hand have caused him great angst, regret, and pain. Denny understands his need for, and the source of his forgiveness. Unfortunately, he is also enduring ever increasing physical pain in later years. Chronic health issues are advanced and heart-breaking to someone who has lived their life so effectively. Diabetes, life threatening infection, stroke which has confined him to a wheelchair, and still to be determined results and effects of spinal surgery define his future.

In conclusion, I pray for your discernment and ask for compassion for a Great American, my friend, J. Dennis Hastert.

Respectfully,

*Thomas S. Jarman*

Thomas S. Jarman