# Exhibit 22

David Kapple

**Redacted**

Honorable Judge Durkin,

I respectfully submit this letter on behalf of Dennis Hastert, a man I have known and respected for 45 years as a coach, a teacher, a dedicated civil servant, and most importantly a good family friend.

I first met Mr. Hastert in 1971 after an 8th grade gym class. He was there explaining the sport of wrestling to the junior high students, encouraging us to participate in the program when we got to 9th grade. We all wrestled around for awhile and after the class he approached me and asked if he could have a few words. I sat down in the bleachers and for the first time in my life listened to an adult tell me that I had some special talents and if I worked hard and dedicated myself, I could achieve great things. I had very supportive parents but hearing this from someone I had just met really struck a chord. Four years later I was his 4th Illinois State Champion and can honestly say I could not have accomplished it without his endless and unwavering support and encouragement. The time we spent together during those 4 years at practices and traveling the country attending camps, clinics, and tournaments was considerable. I even mowed his lawn for 2 summers in exchange for him funding my way to wrestling camps. That's the kind of guy he was. He drove dozens of young men and sponsors, thousands of miles every summer in vans with no air conditioning, to the mountains of Colorado, the beaches of Virginia, or the boundary waters of Minnesota. All so that we could experience the opportunities of our lifetimes. He dedicated his life and coaching career to his wrestling teams so that the individuals on that team could better themselves and become responsible adults. Before our matches he would gather the team together for words of encouragement, they always ended with "When you're on the mat, you're in the spotlight so you'd better show everyone your best, win or lose". He was always a calm leader but didn't sidestep confrontation when he thought someone had been subjected to a bad call. He opened doors for me personally that changed my life forever. I didn't have the resources or skills to attend a Div1 college but Mr. Hastert knew I wanted to pursue a degree. He somehow found a small engineering college in Golden, Colorado with some scholarships left and encouraged me to visit. Little did I know that it was one of the most respected engineering schools in the US. I attended the Colorado School of Mines on scholarship and graduated with a degree in Petroleum Engineering. His guidance and mentoring provided me with the pathway to a successful career in the oil and gas business which in turn provided me with the means of putting my own 4 children through college.

I was very surprised when Mr. Hastert decided to run for public office in 1980. He was at the peak of his coaching career and could have easily moved on to the college ranks. I took a couple of months off before I started my job and during that time he asked me to chauffer him to many of his first public speaking events so he could practice his speeches enroute. After the

first couple of appearances I asked him why he wanted to make such a drastic change in his life as it would have been seemed easier to stay with coaching. He agreed but felt the needed to make a difference in more people's lives and needed a bigger team. His successful career as a civil servant and rise to Speaker of the House is a true testament to his selflessness and desire to help people. It was never about him, it was about them.

  This man had a huge impact on my life and I will ever be thankful for his mentorship and guidance. I am certain this setback in his personal life has taken a tremendous toll on himself and his family. I can't imagine the anguish they are experiencing dealing with the potential consequences of his mistakes. Honesty, integrity, and respect were important traits he taught and believed in, earning this back from family, friends, and constituents will most certainly be his new purpose in life. I respectfully ask that the differences he has made in many of our lives be taken into consideration when making your final decision.

Sincerely,

David Kapple