# Exhibit 23

Dear Judge Thomas Durkin,

I am writing to ask you to be lenient when sentencing J. Dennis Hastert, and also to tell you a little bit about him and the important place he holds in the hearts and minds of the people he served.

Denny and I became close when we were seat mates in the Illinois House of Representatives. During that time I learned that he liked a good joke, he and my other seat mate loved to play pranks on me, but I also came to realize that he was a serious minded and hard working man who was skilled in the art of compromise and getting things done. These traits were recognized by his colleagues when he went to Congress and eventually became Speaker.

During the time he was in Congress, parts of our legislative districts overlapped and we therefore continued to work together on district problems. Two of our most important accomplishments was forcing the removal of radioactive waste from a site in our district and stopping an unwanted landfill from being built in another part of the area. Because of this joint state and federal cooperation, we were able to solve these and other issues of great importance to our constituents.

Dennis Hastert was the best kind of public official. He cared about and listened to his constituents and worked hard to represent their interests. They, in turn, responded with their gratitude and respect.

Although he achieved much in his life, he now has lost a great deal especially the one thing that matters most to a man like him, his good name. Further punishment will serve no real purpose, and I ask that you take his years of public service and many accomplishments into account when he is sentenced.

Thank you for your consideration.

Sincerely, *Doris Karpiel*
Senator Doris C. Karpiel (ret.)