# Exhibit 24

Monday, February 15, 2016

The Honorable Judge Thomas M. Durkin
U.S. District Judge
Everett McKinley Dirksen U. S. Courthouse
219 S. Dearborn St.
Chicago, IL 60604

Dear Judge Durkin:

Please accept this as a letter of support for J. Dennis Hastert.

My friendship with Denny Hastert spans decades. As we both reside in Kendall County our paths crossed several times many years ago and we formed a lasting friendship. Because of that I have been able to see him as a man who has spent years working hard to better the lives of those around him. Whether it was working on projects for the people he represented or finding a way to assist individuals in need, he was a tireless force who worked for the betterment of others. Specifically in Kendall County he was instrumental in many projects that not only helped the citizens of the area but contributed to positive growth and economic gain for the area.

Denny Hastert is a great man, a great public servant and a great friend. It is my hope you will take to heart my comments and those of others when making a decision regarding his future.

Sincerely,

Tom Klatt

Redacted