# Exhibit 25



THE UNIVERSITY OF
**CHICAGO**
WRESTLING

5530 South Ellis Avenue
Chicago, Illinois 60637
Telephone: 773-702-4641
Fax: 773-702-6517
E-mail: lkocher@uchicago.edu
Internet: athletics.uchicago.edu

March 7, 2016

Leo Kocher, Head Coach

Dear Judge Durkin,

    I have been the Head Wrestling Coach and an Associate Professor at the University of Chicago for 35 years. I grew up on a farm in Sycamore, Illinois which is in the Congressional District that Denny Hastert served for decades. I participated in wrestling in high school and at Northwestern University where I co-captained the team, graduated, and also served as an assistant coach.

    I am writing to testify to the fact that Denny Hastert is an outstanding human being who has made enormous contributions to society – particularly the youth of society – over his lifetime. Denny told me over 10 years ago that his work as a teacher and wrestling coach at Yorkville High School meant much more to him than any accolades he received as an elected government official. I have no doubt that he meant it.

    Denny and I began to work together when it became apparent that the US Department of Education had created a strong incentive for colleges to eliminate intercollegiate athletic opportunities through its interpretation of Title IX. All of us, including Denny and myself wanted to see athletic opportunities for as many males and females as possible. But special interests had prevailed upon the Department of Education to create a regulatory regime that forced males to clean out their lockers to no real benefit for – and even in detriment to - females.

    The smart thing to do politically was to not touch this issue – no one benefits from being accused of being anti-female by the well-funded and media savvy feminist groups. But Denny did whatever he could, whether it was prevailing upon the Department of Education to relent in its demand that a male college sports program be dropped (yes that did happen), or encourage a college president to find another way to satisfy the onerous demands of a Dept. of Ed. Bureaucracy that was bearing down hard. He never said no when it came to his being able to help in any way to stem the senseless devastation of non-scholarship sports opportunities.

    There was no real benefit for an extremely busy Speaker of the US House of Representatives to work on this. But to Denny it was a straight line to serving our country's youth. Fewer college wrestlers meant fewer competent high school coaches, fewer good high school coaches meant that more high school youth – some of who desperately needed an activity like interscholastic wrestling – would not be saved by experiencing the transformation that interscholastic sports in general, and wrestling in particular, would create in their lives. Denny was driven in this by pure concern for, and loyalty to, the youth – boys and girls – whose development was at stake. That is the Denny Hastert that I know. And I respect, admire, and love him for who he is.

    One other thing. When the public storm hit Denny Hastert many who know him – be they from Washington DC, or Illinois farm country, from border to border, and coast to coast - contacted me to express their sympathy and concern for Denny. The most common word used was "heartbreaking". I cannot imagine anyone who truly knows Denny Hastert is not grieving for what he is going through. Denny Hastert is a good man – and is universally regarded as such by those who have gotten to know him. Please know that you can count on that as fact.

Thank you for taking the time to read my letter,

*Leo Kocher*

Leo Kocher