# Exhibit 27

Nancy D. J. Martin

Redacted

February 22, 2016

To whom it may concern;

I am writing this letter in regards to Dennis J. Hastert sentencing hearing .

I have known Denny since I became involved in local politics in Kendall County. I had been to many of his fund raisers and would see him around town all during his

time in office. I believe he came home most weekends, both from Springfield and Washington, D. C.. I would see him at the grocery store and many times at auctions, we would discuss local issues or maybe why we were at the auction.

I was very sad when the news came out about his problem with the FBI. I also was disturbed about the news articles that came out before he had entered his plea.

Most of the things I heard were positive from former students and people who knew him as a teacher and coach. My son-in-law was a former wrestler in Sandwich, IL and he had been chosen to go down state, he was impressed that Denny had written him a letter congratulating him, as he was from a different school.

There was one person that wrote a letter bad mouthing him in our local paper, THE KENDALL COUNTY RECORD. The letter bothered me, so I also wrote a letter to the paper. I am enclosing a copy of my letter that was published by the paper. I was very pleased that many people called me and even wrote me telling me they were happy about my letter and they felt the same way.

Please consider the good things that Dennis J. Hastert has done in his life and let God consider if he is deserving of God's Grace. This has all been very hard on Denny and on his family and putting him in jail for any amount of time will do nothing to benefit society.

Thank you for your consideration.

Very sincerely;

Nancy DJ

**Empathy needed**

To the Editor:

I am writing this letter in response to Mr. Michael F. Becker's letter that appeared in the Forum on Dec. 15.

I agree that I don't believe that Kendall County has a "black eye." However I am a little upset that people are so ready to forget some of the good things that we have because of Denny Hastert's time that he served in the House of Representatives. My only experience with Denny was during his time in that office.

I think people totally lack empathy for their fellow human beings. Maybe we should remember to not judge others, lest we be judged or only those without sin cast the first stone.

If we want to wipe out all the things that a person may have done, maybe we ought to wipe out some of the things that we have benefited from. Take down the Orchard Road bridge, don't worry about a plaque in the old courthouse because it would no longer be there. How about we no longer enjoy the Hoover Forest Preserve for future generations.

These are things that I am so familiar with, but I am sure there were things in DeKalb County and Kane County that I know nothing about. One thing I know for sure is we all have a wonderful gift that comes from our supreme being, amazing grace.

**Nancy D.J. Martin**
Plano