# Exhibit 28

Redacted

February 18, 2016

Judge Durkin
US Dirksen Court House
219 South Derborn Street
Chicago, IL 60604

Dear Sir:

    I would like to tell you of my feelings regarding Speaker J. Dennis Hastert. I worked for him and beside him for eight years. I had close interaction daily with him and found him very dedicated to all the people he served. His main goal was to make things better for the people of The United States. He was a very patient and understanding person. Most of his life has been serving people.

    During the time I spent working for Dennis Hastert, I found him very dedicated, honest and patient. He always had time for the person who needed to be heard. He truly cared about our Country and what was taking place.

    Thank you for your consideration of what he has done with a good part of his life.

Sincerely,

*Helen B. Morrell*

Helen B. Morrell