# Exhibit 29

02/12/2016

Honorable Judge Tom Durkin,

This letter is being written as a way to express my feeling of friendship and admiration for Mr. J. Dennis Hastert. I had my first meeting with Mr. Hastert about 15 years ago. The memorable thing was his easy going way for a man of his position. He made me feel at ease from our first meeting. As our business dealing progressed he invited my wife and I to go out to eat. My wife and I were apprehensive as to how this would go. Much to our surprise the Hastert's made us feel as if we had known them forever. This is how our relationship continued to this day. Also out of this first encounter my wife and Mrs. Hastert also developed a very close friendship.

Once our business dealing ended our friendship continued to this day. My wife and Mrs. Hastert had the topic of grandchildren to compare. Mr. Hastert and I had a shared love of history which occupied many conversations. He insisted that we take him and Mrs. Hastert to as many of the historic sites as were available in and around the Prairie du Chien, Wi area. Mr. Hastert and I also shared a Luxembourg heritage. Both our great great grandparents immigrated to this country from there.

On one occasion Mr. Hastert was asked to give a speech in Berlin, Germany on the anniversary of the 10th year of the 911 tragedy. He invited me along and after the speech we went on our own to Luxembourg as he wanted to show me the home and hometown of his ancestors. I also was able to visit my ancestor's hometown, both on my mothers and fathers side. The reason for telling you this is that we visited numerous places i.e. winery, church, satellite co, walled city of Echternach, etc. It didn't matter where we went everyone knew Mr. Hastert. To me, as I was watching this struck me that nobody but a good and honorable man would have this much attention.

To this day my opinion of and feelings for Mr. Hastert have not changed. I pray every day for the health and wellbeing of the Hasterts. My wife and I feel as forever friends of Mr. and Mrs. Hastert.

Yours Sincerely,

Arnold Mueller