# Exhibit 30

March 5, 2016

To the Honorable Thomas Durkin,

I grew up in Japan as a child of missionaries. My father first went to Japan as a Marine and then as a missionary. I spent a good part of my life in Japan. I know that Dennis Hastert is highly regarded in the political arena in Japan. In fact, he received one of the highest awards by the Imperial office for having contributed to the relationship between Japan and the US. He was known as a fantastic go-between that could bring parties together.

The other thing I could share is that I wrestled at Wheaton College and my first coach was Coach Olson. Years later I found out that when he passed away in the nursing home the one person that visited him regularly and showed him kindness was Dennis Hastert. I regret that I never made the effort to visit my coach.

He is so highly regarded in the Wheaton community that all the circumstances around his life and the publicity must have caused him great pain beyond anything I could imagine. Whatever grace you can give him would mean the world to me, his friend.

Brian Oxley