# Exhibit 31

Honorable Judge Durkin –

Thank you for taking time to read my letter. I am a lifelong resident of Kendall County and have had the pleasure of knowing the J. Dennis Hastert family since 1959. I grew up with Denny's youngest brother Chris.

Denny has helped me, and also my wife Jan in many ways over the years. Never more so than when our 1st and only child, Alyson, was born with RETT Syndrome. An affliction that in most rett girls requires a feeding tube & constant 24 hr care. No walking, non-verbal, etc. At 13 yrs old and 38 lbs we were frantic to find someone who could help us cut through the layers of red tape and put in a G-Tube – a feeding tube to help our daughter take in food. Dennis helped us find Dr. Reynolds at

(2)

Childrens hospital and she put a G-tube in Alyson. Alyson is now 36 years old and doing fine. That was just one of many things Denny has helped my family with over the years.

Something more recent occurred when a customer of mine's son come down with leukemia, he was 8 yrs old! [Redacted] was about as regular as a young kid as any. He really was in trouble with the arduous treatment for his leukemia. His father [Redacted] had told me that [Redacted] had never fished so I asked Denny + Jean (Denny's wife) if they would mind if I brought [Redacted] + his father over to fish at their pond on their property. They said absolutely so a Sunday 8 yrs ago [Redacted] had a great time fishing and CATCHING! many fish, texting photos to his older sister [Redacted]. Denny + Jean come down and joined the fun and told [Redacted] Dad that they were welcome to come and fish anytime they liked.

(3)

That meant the world to [Redacted] + his son [Redacted]. [Redacted] is now a senior in high school in [Redacted], IL. and is looking forward to college. Healthy once again!

Thank you Judge Durkin for reading my words and hope they may help you when you make your decision in the coming weeks! Thank you again + God Bless!

Jeff Brobst

[Redacted]