# Exhibit 32

The Honorable Judge Thomas M. Durkin
United States District Judge
Everett McKinley Dirksen Building
United States Court House
219 S. Dearborn Street
Chicago, IL 60604

March 1, 2016

Judge Durkin,

    I am writing on behalf of J. Dennis Hastert and his long career in serving the citizens of Yorkville, Illinois, the State of Illinois and the United States of America.

    I have known Mr. Hastert for the good part of forty seven years, since coming to Yorkville, Illinois in March of 1968 after serving four years in the United States Air Force.

    My career in law enforcement spanned over four and half decades, as a Yorkville Patrolman to Chief of Police. I was elected Kendall County Sheriff and served seven continuous terms, as well as serving 44 years on the Bristol-Kendall Fire Department.

    During my time as a public servant, I spent much time with Mr. Hastert and his family over these four plus decades which included speaking to his classes at Yorkville High School, regarding "law enforcement and the community." Also responding to a serious car accident involving his parents, responding to his home as a firefighter as it was destroyed by fire, getting political advice on preparing a campaign to run as Sheriff, being selected to State and National committees on law enforcement issues mainly drug enforcement and criminal intelligence sharing with local, state, Federal and Tribal law enforcement agencies. Finally during his position as United States Speaker of the House of Representatives, responsible for him and his family's protection, in Kendall County, with the United States Capitol Police.

    Words cannot adequately describe my utmost respect for Mr. Hastert (as I have called him Denny) for his sincerity of caring for all people he had represented, the integrity which he showed and his devotion for duty in his actions. The responsibilities he had as Speaker of the House were monumental, yet in the mist of his busy schedule he displayed true compassion to all. Denny took time to be a real person by having coffee with hometown friends at the local car body shop before heading out on a grueling schedule of events. He showed concern for the Capitol Police when an Officer was killed and one wounded by a person attacking the U.S. Capitol, by comforting the Officers and families at the hospital, as well attending the funeral. In addition, his response as U.S. Speaker of the House after the attack on 9-11, Denny showed the heart of a down to earth mid-westerner, devoted to serving his fellow man by paying tribute to the individuals responsible for downing the plane which was headed for the U.S. Capitol. I have never seen a person with such calmness, compassion, and respect no matter how difficult the situation.

Denny did not let his powerful position change his character or concern for people as he demonstrated during President Reagan's funeral procession on a blistering hot day by having his people get water distributed to the crowds making sure people were being taken care of. He was concerned that same way for the firefighters when his house burned.

I have been blessed to have known and worked with this professional, devoted and courteous man. Along with being a friend, and colleague I consider J. Dennis Hastert a fine example of a public servant.

Respectfully,

Richard A. Randall

Retired Kendall County Sheriff