# Exhibit 33

Honorable Thomas M. Durkin  
Dirksen Courthouse  
219 S. Dearborn St.  
Chicago, IL 60604

February 18, 2016

Dear Judge Durkin,

It is with great pleasure I am writing this letter to tell you how J. Dennis Hastert has been a positive influence in my life, mentor, friend and has allowed me to help thousands of people with Government Bureaucracy and Immigration law.

I have know Mr. Hastert for over 41 years, as a wrestling coach, my school teacher in Yorkville and then professionally as a member of his Congressional staff for almost 7 years.

My first memory of Mr. Hastert was when I was about 12 years old. We grew up in a traditional family but did not have a lot. I remember when my older brother LeRoy told me about his wrestling coach "Denny" who was going to take him and a group of wrestlers to Colorado for wrestling camp. LeRoy was so excited because he said "this is the first time anyone has ever taken me anywhere."

This was the first time I remember thinking someone who was not "family" would do something so nice for other people. LeRoy was so excited, after returning from his trip he talked about Coach Hastert and how he cared about the kids. LeRoy still has the picture of Coach Hastert's van when they took the seats out of the back and put a wrestling mat in so there was room for all the kids. I think 8 or 9 of them went.

I looked forward to High School as my brother LeRoy was a senior, my sister Judy was a sophomore and I was going to be a freshman. What I did not look forward to was the school environment and being picked on.

While my brother LeRoy was a wrestler, I was no athlete. I was a little kid, freckled face who refused to wear his glasses because the other kids ridiculed me. Today we would call it bullying, back then it was just being picked on. I enjoyed school but the environment was something I dreaded.

I knew I would never be an athlete or wrestler but I still looked forward to Yorkville High School. It was 1975 and as a freshman your school schedule is chosen for you. I was presently surprised when I was scheduled for U.S. History with teacher Denny Hastert.

I always enjoyed History and to this day many people consider me a History buff.

My worst fears of the High School environment were soon realized. As a shy, small kid I was an easy target for the older kids. In particular one kid would knock my books out of my hand every day and physically push me around. The problem was, he was a Sophomore and a athlete.

He was a football player and wrestler so he thought he could do anything he wanted.

In Yorkville High School the second story in the back of the building was the study hall. Across the study hall was Denny Hasterts History class. The hallway between the study hall and History class contained the Freshman lockers.

It was in the hallway of the Freshman lockers one day my life changed. After being picked on, shoved into lockers and physically abused for a few weeks it started to take a toll on my mental well being. 1975 was a different time then today. Bullying was not something the school administration recognized in 1975.

On that day the older (bigger) kid seen me walking down the hallway and knocked my books out of my had (something he did on a regular basis). Then he pushed me into my locker and roughed me up. This is when I heard a loud voice coming from the doorway of Mr. Hastert's room and it was Coach Hastert. The kid was a wrestler on the J.V. team so I thought nothing would happen to him. This did not matter to Coach Hastert as he took the kid by the scruff of the neck and told him if I ever see you do something like that again you will have to deal with me and escorted him away.

For the first time in my life, someone (Denny Hastert) stood up to the person who was terrorizing me and creating a living hell for me in the school. Denny Hastert did the right thing when none of his peers were watching, even when it was one of his own wrestlers.

The terrorizing stopped, thanks to Denny Hasterts actions. This incident changed my life, giving to others who are in need, who have less then you is a noble concept that Denny Hastert taught me. Denny Hastert will always be my Hero.

I am not sure if I was suicidal before this incident happened, but I do know I felt really helpless.

After High School I joined the U.S. Coast Guard because I wanted to help others. I was on a Search and Rescue boat and helicopter in Alaska. Helping people who were in peril was an extension of what Denny Hastert displayed to me. I served our Country for over 5 years and returned to the Fox Valley to be with my family.

When I returned to the Fox Valley, Mr. Hastert was a candidate for the U.S. Congress. Remembering how he helped me during my time of need, I decided to volunteer on his campaign. I knew if elected Mr. Hastert would do the right thing.

I worked for a few years and decided to go to College. I was able to graduate from Waubonsee Community College and Northern Illinois University by using my Veterans benefits. During this time I continued to volunteer on Mr. Hasterts re-election campaigns.

I decided to attend The John Marshall Law School in Chicago. I remember debating wether or not I should attend. It was a big decision and I did not know if I could succeed. My mother never graduated from High School and my father dropped out when his father died at a young

age to take care of his mother and younger sisters. I was the first family member to attend College, let along graduate. Law school was something other people did, hard work with our hands was what our family did. Denny Hastert wrote a letter of support and believed in me.

The first semester of law school was pretty tough. Our first child was born premature and faced many medical challengers, she was 28 months old. Our second child was 11 months old when my wife gave birth to twins during the first semester of law school. With 4 babies I almost dropped out of law school but I always remembered if I had a law degree I would be able to help other people.

I graduated from John Marshall and started to look for a job in 2001. Denny Hastert was just elected Speaker of the House of Representatives and asked me to come work for him. He needed a Congressional case worker to help people navigate the complex immigration bureaucracy.

After the September 11, 2001 terrorist attacks, Speaker Hastert passed legislation that created the "Department of Homeland Security." Before then, the Department of Justice contained the worst Federal bureaucracy which was the Immigration and Naturalization Service (INS). The INS had no clear policy or mission. On one hand they would give you a benefit on the other they would deport you, many times in conflict with themselves. You may remember the long lines of people standing in the rain, running down Jackson Street and the Dirksen Federal building.

The new DHS has clear policy missions. It consists of the U.S. Citizenship and Immigration Service (USCIS), Customs and Border Protection (CBP) and Immigration and Customs Enforcement (ICE).

Speaker Hastert believed one of his main duties as a Congressman was to help his constituents when they had problems with the Federal Bureaucracies. He showed this belief by having staff members assigned to help people when they had problems with the agencies. The goal was not to get the agencies to say "yes" but to have the agencies treat people respectfully and process their issues in a timely manor.

Most Congressmen will assign a low staff member to appease their constituents. Make it look like they are doing something, not Speaker Hastert. In his Congressional office he put his most skilled and senior personal in positions to help the Constituents.

I specialized in working with USCIS and helped people navigate the complex immigration system. My training as a lawyer helped me understand what the problems were and how to resolve those problems. You have to remember USCIS was a new agency and had a lot of growing problems.

In the State of Illinois the Congressional Staffs would come together for training. I was always amazed at the lack of knowledge and understanding of other Congressional Staffs. Then I realized with limited budgets most Congressmen will not invest in their staffs with senior people, let alone an attorney to help their constituents.

Speaker Hastert invested a large amount of his Congressional budget in hiring me as an attorney to help his constituents. At any given time I was helping 30 to 50 families on an ongoing basis. Over 6 plus years, I was able to help over 1000 families with the USCIS. Many of these families waited years for benefits.

The INS and then USCIS would loose so much paperwork they changed their policy of original documents. In the past you had to submit original documents with your application. This included birth and marriage certificates from foreign countries that could not be replaced such as in countries where the Government has changed and a new Dictator is in charge. Now USCIS allows you to submit copies and bring the original documents with you when you are interviewed. Speaker Hastert's Congressional office lobbied for this and today it benefits everyone in the USA.

In the past when you filed a family petition (spouse of U.S. citizen) it would take 28 months for an interview. You would have to pay for a new employment card every year why your case was pending. There was a lot of opportunity for cases to be lost or delayed indefinitely. Many times when people were waiting for years, their parents would pass away and they were unable to attend funerals, visit them while they were sick or missed marriages and the birth of children, all things that were unacceptable to Speaker Hastert due to the delays of the INS and USCIS. Speaker Hastert did not believe his constituents should bear these undue burdens and put his most senior staff in helping these families.

Speaker Hastert could have replaced me with a low level staff member or someone without a law degree. He choose not to because he believed it was important to help these people. This was something my history teacher Denny Hastert taught me 40 years ago. Helping other people was noble and the right thing to do.

Today I have carried on Denny Hastert's motto, helping others in a solo practice by reuniting families through the means of legal immigration.

I pray this court will recognize that 41 years ago when a High School teacher named Denny Hastert did the right thing and stopped a bully from terrorizing me. This changed my life in a positive direction. Mr. Hastert, Congressman Hastert, Speaker Hastert and "Denny" taught me helping others is noble and the right thing to do.

I ask this court to show the mercy Mr. Hastert has shown so many people including me over the last 41 years.

Sincerely,

David Richmond

Redacted