# Exhibit 35

April 20, 2016

To Whom It May Concern:

I am writing on behalf of Dennis Hastert. I have known him personally during the last two years, both through his role as an academic mentor at Wheaton College and also as a friend. In my interactions with and observations of Mr. Hastert, his character has been revealed most through his patient and compassionate heart. The grandfather-like characteristics of invaluable wisdom, humility, and pure motives to leave a positive legacy also have been apparent.

He is a man who tangibly puts the wellbeing of everyone else before himself. If this wasn't already evident to me through his life as a public servant, it became even more evident in my conversations and time spent with him. When he has been misinformed, he has always asked for clarification or to be fully educated on the subject at hand. When he has made mistakes, he has always apologized and expressed remorse for his wrongdoings, no matter how miniscule.

Regarding his recently revealed transgressions, he has already received his penalty – financially (with the money already paid out) and with his reputation (which is now completely shot.) Heaping on more punishment now will do no further good to restore the past. Considering the decades of service to our country that Dennis has contributed and innumerable individuals he has positively impacted (including myself,) it is sad that it has to end this way.

Please, be merciful. Mercy and forgiveness is a sign of true strength. Restorative, not retributive, justice is the solution. Thank you for your time and consideration.

Sincerely,

*Jeff Scrima*

Jeff Scrima