# Exhibit 36

February 26, 2016

Honorable Thomas M. Durkin
United States District Court
Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Dear Judge Durkin,

      My name is Robert Singleton and I am a retired Detective and Special Agent with the United States Capitol Police in Washington, D.C. I am writing to share my professional experiences and personal perspectives of Speaker J. Dennis Hastert.

      For over 39 years, I have served in various capacities in local and federal law enforcement. I was assigned to the protection detail for Speaker Hastert in late 1998. I was immediately impressed by his demeanor toward our detail and how quickly a bond of trust was developed, as he felt comfortable by our presence, enough so that he would speak freely around us knowing we would never repeat or discuss anything of a classified or personal nature. I was amazed at his expression when we landed at Chicago O'Hare airport for the first time after he had been sworn in. As we deplaned in front of a swarm of people, he asked who was on the plane to warrant the large crowd and press. He was surprised that it was for him. I began to realize he was the type of person who was humble and truly did not feel the self-absorption that too many of his colleagues do. As we grew to know each other, I became more impressed as I realized he was a man of integrity, compassion and dedicated to his job as Speaker and his constituents in Illinois.

      In Washington, he met with Congressmen of both parties and spent long hours personally working out legislation in meetings and one on one. Rarely did we leave the Capitol building before late at night. As the Speaker, he worked tirelessly to get every task done. He would often apologize to the uniformed officers for having them stay late. He was always confident and in control of every crisis that happened while in or away from Washington, D.C, most notably on September 11, 2001. As the attack sparked mayhem and fear, the Speaker was calm and knew what he needed to do. Even at the bunker site, he took control as more leadership began to arrive and he maintained that discipline and stuck to the tasks at hand.

      In Illinois, Speaker Hastert was dedicated to his family and friends. Most weekends were spent in his hometowns of Yorkville and Plano. If there was a parade, he would drive his restored fire engine and he would stay at any event hours after it was over while he spoke and listened to the people he represented. Everywhere we went in his district, he would always take time to speak to anyone about anything and always made those he spoke with feel special. On most holidays, he would insist that his detail join his family for a holiday meal. We would have to explain that we could not and also do our job, yet, he always asked and always wanted to know that we were ok.

      I spent many years on Capitol Hill and know many Congressmen, however, I have never been more impressed than with Speaker Hastert. He is a man who devoted his time to the people of his district, to the Americans of this country, and to his family and friends. His devotion to the United States of America was matched by none, and I was witness to most of it as it was my job to protect him every single day and anywhere he was. Above all, your Honor, it would be terrible to see a person of such integrity, honesty and compassion and who gave so much to America, become incarcerated. I ask for any consideration you could yield.

Respectfully,

*Robert Singleton*
Robert Singleton