# Exhibit 37

April 20, 2016

Hon. Thomas M. Durkin
United States District Judge
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Durkin,

I write to you regarding Denny Hastert, former Speaker of the United States House of Representatives.

I worked for Congressman, then Speaker, Hastert from March 1993 until June 2002 as a member of his congressional and leadership staff. After working as a government affairs consultant for 12 years in a small firm, I moved over to the law firm Dickstein Shapiro, LLP in September 2014 where I was reunited with Speaker Hastert. I was eager to be working with my old boss again after many years. Over my time working with Denny, I observed a person who was committed to serving both his constituents and the people of the United States well. He also became a loyal friend of mine.

Being a Member of Congress is not a 9-5 position. Much of the work is tedious and unseen – they *all* work very hard on behalf of their constituents whether Republican or Democrat and, I believe, serving in Congress is still a noble profession despite the anemic legislative record it has had over the last several years. The number of bills passed is only one metric by which Congress and Members of Congress should be judged. In most cases, it's the personal interactions with or on a constituent's behalf that determine success – making sure a veteran's benefits are being paid, replacing a lost Social Security check, or even giving a tour of the Capitol Building during a constituent's Spring Break – these make for a successful congressman. On this account, Denny Hastert and his staff were excellent and his constituents well-served. On the legislative side, few know the effort that goes into the enactment of a law. Denny's record as a legislator is very compelling. From leading the Congress after the 9/11 attacks, passage of a major tax reform package, and enactment of the Medicare prescription drug benefit, his work product in Congress stands with the best of them.

In the 23 years I have known him, I never had a reason to question his integrity or sincerity in his commitment to his office, his constituents, the issues on which he worked after he left Congress, or my friendship with him. The positive words in this letter reflect upon the person I knew when I worked for him during his tenure in Congress and the years after he left. But I am also very aware of the seriousness of the allegations leveled against him. It is my hope and I pray that, as a result of this case, those involved will seek healing and forgiveness. I can only imagine the burdens placed on all those affected by this matter.

In the proceeding that lies ahead for Denny Hastert in your Courtroom, it is my hope the Court will strike the right balance as it makes its consideration.

Very Truly Yours,

David S. Thompson