# Exhibit 38

Travis Tos

Redacted

February 21, 2016

Honorable Judge Durkin,

    I have had the privilege of knowing Dennis Hastert for just over two years. Despite it being a relatively short period of time, he has had an incredible impact on my life. As a junior in college, I was searching for a summer internship that would give me valuable experience and knowledge as I drew closer to entering the workforce. Speaker Hastert, as a member of the board of directors at the CME Group, was able to secure a spot for a student from his alma mater to intern there for the summer. Fortunately, through professor recommendations, I ultimately received the opportunity to intern there. I knew that the Speaker had lined up the opportunity, but I never expected him to reach out to me and strike up a relationship. However, that is exactly what happened.

    In the months leading up to my internship, the Speaker and I would get a meal together every few weeks and talk about everything ranging from politics and economics to sports and our personal lives. He also sent me countless articles on current events that related to the work I would be doing that summer at the CME. It could not have been more apparent that he wanted to see me succeed in my internship and wanted me to be as prepared as I possibly could be. When the summer finally rolled around, we continued to meet whenever he came to the office for meetings. He would ask how I was enjoying my time and wanted to make sure that it was a beneficial experience for me. Towards the end of the summer, he invited me to spend the weekend with him at his farm in Wisconsin. I happily accepted. For three days, the two of us got to know each other even better, talking politics and current events nonstop. He showed me around his property and his plethora of artifacts from his time in Congress. We even took his boat for a spin on the Mississippi. It was a great weekend and one that I will not soon forget. I consider myself extraordinarily fortunate to have been able to spend so much time with someone who had so much incredible insight and experience. I was able to learn so much that continues to impact me to this day. I still have a hard time wrapping my head around the fact that the former speaker of the house would be willing to invest so much time in getting to know me and mentor me, without receiving anything in return.

    That summer, I told Speaker Hastert about my desire to intern in Washington D.C. for a semester and asked if he had any advice. Once more, he gave me far more than I asked for as he told me I could shadow him at his law firm there. For six weeks, I was able to follow him and watch him interact with lawmakers and business people. I sat in on his meetings with Representatives, ambassadors, and went along for his appearances on media outlets like Fox News and C-Span. One day, I mentioned to him that I really respected and admired Paul Ryan. Within a few weeks, the Speaker scheduled an appointment with the congressman so that I could come along and meet him. Once again, his generosity blew me away. He continually gave of himself and his resources without expecting anything from me. This experience was extremely formative for me in my professional development as I was able to witness firsthand how he and other successful people interacted with each other. He treated everyone he came in contact with exactly the same, with the utmost respect and dignity. From the security guards at the Capitol and his limo driver to ambassadors and members of Congress, I never noticed any partiality.

Because of it, everyone loved seeing him. Even when he wasn't around people would tell me how lucky I was to be shadowing such a great person and what a privilege they thought it was to work with him.

When I went back to school for my final semester of college, I kept in touch with the Speaker and met with him occasionally to catch up. I was able to work with him to give two more students internships at the CME, as well as work with a campus organization to have Paul Ryan come to campus and speak. The congressman was happy to do so after all that the Speaker had done for him. As graduation approached, I asked the Speaker if he would join my family and me for dinner after the ceremony. He told me he didn't know if it would work out but that he would try. Unfortunately, he was going to be on a business trip to Japan until the morning of my graduation, and would be leaving the following day for a vacation with his family. Despite the terrible jetlag and tasks that needed to get done before he left the next day, he made time for my family and me and came to dinner with us. He even bought me a graduation present and wore his tie bearing the colors of our alma mater. I doubt that I can adequately express how much these gestures meant to me. He was willing, right after getting back from a trip to Japan, and right before leaving the next day, to carve out several hours from his busy schedule to meet my family and have dinner with us on an extremely significant night for me.

Without a doubt, Speaker Hastert is the most generous person that I have ever met. The anecdotes I have recounted above represent just a handful of the countless actions he took to mentor and invest in me. He has given me more than I could have ever imagined in the form of experiences, knowledge, and his own time. Because of this, I have had opportunities given to me that would have never been possible otherwise. However, I am just one of countless people that he has opened doors for. Every year, he allows students to meet with him, get internships, or even shadow him. Through his actions, it is clear that he views his success not as something to keep for himself, but as something to use to help others. He desires to build relationships with others and help them achieve their potential. This is why he would teach classes across the country, from community colleges to academically renowned universities. Countless times he told me that he wanted others to see that he was a normal person, so that they would know that ordinary people are capable of extraordinary things.

As you consider his case, I hope you see what an incredible benefit he is to society and the remarkable impact he has had on so many lives. I know that I would not be the person I am today without him. He has taught me to work hard, to act with integrity, and to treat others with dignity. I will always be indebted to him for the investment he made in me.

Sincerely,

Travis Tos