# Exhibit 39

April 22, 2016

To the Honorable Thomas M. Durkin

Dear Judge Durkin:

I am contacting you on behalf of my friend J Dennis Hastert who has come before you.

Dennis Hastert has been a friend of mine for over 25 years and I know him as a good man with a generous heart. His contribution to the districts he served in both the Illinois State House as a Representative as Congressman Hastert and Speaker of the House of Congress have changed the landscape and many lives for years to come. Although Denny reached one of the highest levels in the United States Government he never forgot who he was and where he came from. Today Kane and Kendall counties have been the benefactors of new and safe bridges, Sullivan Road Bridge and Orchard Road Bridge. Roads that were in dire need of expansion have been improved widened and thousands of acres of open space that dozens of generations that come after us will enjoy. I can only hope that they ask themselves "how did anyone manage to save this beautiful pristine area for me to walk, jog and breath deeply"? How many have looked up the hill from the Fox River at the Kendall County Historic Court House built in the 1860's and wondered "who had the foresight and capacity to save this unique and beautiful building" ? All of these things came to pass under my friend Dennis Hastert who used his positions to help counties, villages and cities become an even better place to live and raise our families. His heart was always here with the people who elected him. I have seen his kindness in daily life, his ge nerosity in giving his time and lending his name to worthy and important causes.

In closing Your Honor I would ask you for leniency and let him stay home as opposed to a sentence in a facility that would only further jeopardize his health. This stress has taken a terrible toll on him, his family and friends and we would like to keep him home. He always needed our votes but now he needs our compassion, support and redemption and he needs yours more than ever today.

Sincerely,

*Anne Vickery*

Anne Vickery