USA											15 CR 315

v.

Dennis Hastert

Transcript of telephone message to Judge Durkin received on 4/23/2016 at 1:30 p.m.

Judge Durkin, my name is Gerard O'Hara. I live in Beaufort, South Carolina. For many years, I was a coach with kids in Ramsey, New Jersey.

I'm very concerned about this case you're handling for Dennis Hastert. This guy should be given the book. His federal pension should be taken away. To all of us who coached kids for years and years and years for no money and no gain of any type, just to do what's right, and to have somebody like this run in the streets, this is a crime.

Do the right thing, Judge. Throw the book at him. Thank you.

4-23-2016
FILED
APR 23 2016
Judge Thomas M. Durkin
United States District Court