23 April 2016

Honorable Thomas M. Durkin
219 So. Dearborn Street
Chambers 1446 Courtroom 1441
Chicago IL 60604

FILED
APR 25 2016
4-25-16
Judge Thomas M. Durkin
United States District Court

Dear Judge Durkin,

This morning on the radio I heard that Tom DeLay had written a letter requesting leniency in the sentencing of D. Hastert, saying he was a "good man" who loved the Lord". I believe he misspoke.

A "good" man doesn't
- lie
- mislead investigators
- obstruct justice
- parade around as an upstanding citizen
- molest and abuse others

A man "who loves the Lord" will
- obey His commands
- do good to others

It appears that from the beginning Dennis Hastert's main concern has been for self-preservation.

When sentencing him, consideration should be given to the facts of the crime(s), not for the defendant's age, health or position.

Thank you.

Sincerely,
Joan D. Nortell
48 Kinglet Court
Naperville Il 60565

jnortell@hotmail.com

J. Nortell
48 Kinglet ct
Naperville il 60565

Room 1446

CAROL STREAM IL 601
APR 2016 PM 91

Honorable Thomas M. Durkin
219 S. Dearborn
Chicago, IL 60604