

# Dorron A. Katzin
## Chicago, IL

April 26, 2016



The Honorable Thomas M. Durkin
United States District Court, Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: United States v. John Dennis Hastert, No. 15 CR 315

Dear Judge Durkin,

I have been a resident of the Northern District of Illinois my entire life. I am employed as an accountant, but spend much of my non-work time trying to bring about changes in our society with regard to child sexual abuse, particularly in the Orthodox Jewish community, of which I am a member.

I have been actively working on these issues for over six years. I have come to realize that those entrusted with power over others often abuse it. This is a problem that cuts across society to include relatives, clergy, teachers and coaches, and others in many different roles.

I read the plea agreement, the publicly available letters submitted in support of Mr. Hastert, and both sentencing memoranda. There is no dispute that such a breach of trust occurred here, and its concealment led to the actions to which he pled guilty.

What motivated me to write this letter is the narrative which begins on page 7 of the Government's Position Paper filed on April 8, 2016, which recounts the claims by Mr. Hastert that he "was the victim of an extortion plot...."

I would like to respectfully suggest to the Court that the attempt by Mr. Hastert to evade responsibility by making this claim is an aggravating factor which should justify a sentence in excess of the recommendation made by the United States.

Sincerely,

Dorron A. Katzin