

15 CR 315

270 Argyle Road
Cheshire, CT 06410
Tel: 203-699-9252
Email: lblm@sbcglobal.net
April 26, 2016

Honorable Judge Thomas M. Durkin
United State District Court
Northern District Illinois, Court Room 1441
Tel: 312-435-435-5840
Email: sandy_newland@ilnd.uscourts.gov



Dear Honorable Judge Durkin:

First allow me to express my appreciation for the empathy and assistance shown to me today by Court Room Deputy Sandy Newland. Ms. Newland made me aware of your commitment to reading every piece of correspondence in regard to the sentencing of former House Speaker John Dennis Hastert as well as it becoming a permanent public record.

I'm a retired New Haven, Connecticut detective with 27 years of service following Army Military Police duty. I along with many of my colleagues have too often been engaged with the innocent child who has been sexual abused by a manipulating adult that wrongfully gained their trust. Needless to say, that's just the beginning.

The permanently damaged child is again and again victimized by members of that same judicial system that's willing to discard the investigating officer's evidence in favor of protecting an influential politician, priest, etc. - surely knowing that the statute of limitations established by legislators will shield them.

Police officers admonished, threatened with transfers, demotion or worse in their attempt to protect other children from the predator. Their intent to provide evidence and testimony that convicts the perpetrator. This while convincing a judge and jury that a lengthy sentence is justified in safeguarding other children as well as giving the victim a sense that those who have taken a sworn oath to protect will not abandon them.

Mr. Hastert exemplifies the power of politics. Years of sexually abusing at least 5 children followed by attaining the second highest office in our beloved country. Convincing FBI agents he was being blackmailed by a victim only to learn from taped conversations it was one more premeditated lie in preserving his power at the expense of whomever. He is well aware that a jury trial will be provided with considerable evidence of additional felonies including his denied sexual abuse of Stephen Reinbolt who died of AIDS in 1995.

Unfortunately, it appears United States Attorney Zachary T. Fardon endorses the protecting perpetrators rather than victims in his Plea Agreement "United States of America vs John Dennis Hastert". Mr. Hastert's guilty plea carries a sentence of up to 5 years. Yet, U.S. Attorney Zachary recommends a maximum of 6 months imprisonment and $100 fine plus probation adding insult to injury in stating that, "Because the case has received substantial media attention, there is a meaningful opportunity for the sentence to promote respect for the law and deter others from similar crimes". He further states, "Defendant expressed deep regret and remorse" after "knowingly" committing felonies. Mr. Hastert's arrogance and stupidity in getting caught is his only real regret.

I respectfully ask your judgement tomorrow represent "equal justice" with a 5 year sentence - a deterrent for the politically powerful.

Thank you.

Sincerely yours,

Thomas F. Morrissey, Jr.

cc:    United States Attorney Zachary T. Fardon (Email:Zachary.Fardon@usdoj.gov)