

# ARMENIAN ASSEMBLY OF AMERICA
734 15TH STREET, N.W. • SUITE 500 • WASHINGTON, DC 20005 • 202.393.3434 • FAX 202.638.4904

April 26, 2016

The Honorable Thomas M. Durkin
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Sentencing of John Dennis Hastert, *United States v. John Dennis Hastert*, 15-cr-315

Dear Judge Durkin:

We write on behalf of the Armenian Assembly of America[1] to encourage the Court to impose the maximum lawful sentence on Defendant John Dennis Hastert in the above-captioned case.[2] This letter rebuts the contents of Letters In Support Of Defendant John Dennis Hastert, which Defendant's counsel publicly filed on April 22, 2016, ECF No. 94.

Defendant is not a person of good moral character. He is not deserving of the Court's sentencing leniency. Some of the monies that Defendant used to bribe his sexual abuse victims were sourced from the Republic of Turkey and its domestic shell entities. Such monies, which included payments of $35,000 per month, were "surreptitious payments in exchange for political favors and information[,]" including, but not limited to, stifling congressional legislation that would recognize the Armenian Genocide, in which 1.5 million ethnic Armenians perished and were forcibly converted from Christianity, as part of Ottoman Turkish state policy.[3] Defendant's trading in his role as Speaker to peddle foreign influence for such reprehensible ends is a powerful indicator of his cold, calculated immorality.

Tragically, Defendant's actions, in addition to silencing his victims, also helped silence the voices of innumerable American descendants of ethnic Armenian women and children who were sexually abused and forced into slavery by their Ottoman Turkish aggressors. Thus, Defendant not only ceded his office's authority to foreign influence, but also propagated the denial of rape and murder as a means to facilitate silencing the victims of his own sex crimes.

Respectfully submitted,

Athony Barsamian
Co-Chairman

Van Z. Krikorian
Co-Chairman

---

[1] The Armenian Assembly of America, Inc. is the largest Washington-based nationwide organization promoting public understanding and awareness of Armenian issues. It is a Section 501(c)(3) entity under the Internal Revenue Code.
[2] The Court entered a judgment of guilty, upon Mr. Hastert's guilty plea of Count two of the indictment. Order, ECF No. 46, 15-cv-315 (Oct. 28, 2015 N.D. Ill.).
[3] David Rose, *An Inconvenient Patriot*, VANITY FAIR (Sept. 2005), *available at* http://www.vanityfair.com/news/2005/09/edmonds200509 (last accessed Apr. 25, 2016).

WESTERN REGION • 450 NORTH BRAND BOULEVARD • SUITE 600 • GLENDALE, CA 91203 • 626.577.0025 • FAX: 818.459.6983
YEREVAN • 37 HANRAPETUTYAN STREET • 0010 YEREVAN • ARMENIA • 374 (10) 56-06-74 • FAX 374 (10) 52-70-52